# UNITED STATES DISTRICT COURT

District of     GUAM

**JACOB CRUZ, Pro Se,**

    **Plaintiff,**

vs.

**GREGORIO SALAS CALVO, in his Official Capacity as Deputy Director Department of Integrated Integrated Services for Individuals with Disabilities, ROSANNE S. ADA, in her Official Capacity as Director Department of Integrated Service for Individuals with Disabilities,**

    **Defendants.**

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: CV-06-00031

**FILED**
DISTRICT COURT OF GUAM
OCT 1 3 2006
MARY L.M. MORAN
CLERK OF COURT

TO: (Name and address of Defendant)

Rosanne S. Ada, Director, DISID
Pacific News Building, Suite 702
238 Archbishop Felixberto Flores Street
Hagatna, Guam 96910

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

JACOB CRUZ
Kahon: 165 So. Gabgab Ct.
Liguan Terrace
Dededo, Guam 96929

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

MARY L. M. MORAN
Clerk Of Court

DATE: OCT 1 2 2006

CLERK

(By) DEPUTY CLERK

**ORIGINAL**

✤AO 440 (Rev. 8/01) Summons in a Civil Action

# RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 10/12/06 |
| NAME OF SERVER (PRINT) John Benavente | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Left copies w/ Gregorio Calvo DISID Office.

## STATEMENT OF SERVICE FEES

| TRAVEL NONE | SERVICES NONE | TOTAL NONE |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 10/12/06
            Date

*Signature of Server*

177B Hull St B706 Tamuning, GU 96913
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.