# UNITED STATES DISTRICT COURT

District of _____ GUAM _____

JACOB CRUZ, Pro Se,

**Plaintiff,**

vs.

GREGORIO SALAS CALVO, in his Official
Capacity as Deputy Director Department of Integrated
Integrated Services for Individuals with Disabilities,
ROSANNE S. ADA, in her Official Capacity as
Director Department of Integrated Service for
Individuals with Disabilities,

**Defendants.**

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: CV-06-00031

**FILED**
DISTRICT COURT OF GUAM
OCT 13 2006
MARY L.M. MORAN
CLERK OF COURT

TO: (Name and address of Defendant)

Gregorio Salas Calvo, Deputy Director, DISID
Pacific News Building, Suite 702
238 Archbishop Felixberto Flores Street
Hagatna, Guam 96910

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

JACOB CRUZ
Kahon: 165 So. Gabgab Ct.
Liguan Terrace
Dededo, Guam 96929

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

MARY L. M. MORAN
Clerk Of Court

OCT 12 2006

CLERK                                                              DATE

(By) DEPUTY CLERK

**ORIGINAL**

AO 440 (Rev. 8/01) Summons in a Civil Action

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 10/12/06 |
| NAME OF SERVER *(PRINT)* JOHN BENAVENTE | TITLE |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served: DISID Office Hagatna

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| NONE | NONE | NONE |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 10/12/06
*Date*

*Signature of Server*

177B Mall St. Dededo GU
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.