FILED
DISTRICT COURT OF GUAM
OCT 25 2006
MARY L.M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| JACOB CRUZ,<br><br>    Plaintiff,<br><br>vs.<br><br>GREGORIO SALAS CALVO, in his official capacity as Deputy Director of DISID, and ROSANNE S. ADA, in her official capacity as Director of DISID,<br><br>    Defendants. | Civil Case No. 06-00031<br><br>ORDER |

    On October 13, 2006, the Plaintiff, who is proceeding *pro se*, submitted a letter to the Court. Attached to said letter were assorted documents, including copies of e-mail messages, letters between the Plaintiff and the Defendants, a newspaper article, and copies of various Guam Public Laws and statutes. Because the Court believes that the Plaintiff intends to use the letter and its attachments to support his claims against the Defendants, the Clerk of Court is directed to file and docket said documents in the case herein. Additionally, the Plaintiff shall forthwith serve a copy of the letter and attachments to each of the Defendants.

    SO ORDERED this 25th day of October 2006.

                                            JOAQUIN V.E. MANIBUSAN, JR.
                                            U.S. Magistrate Judge