# JACOB CRUZ PRO SE,

## E-Mail: *jcruzgcc2006@yahoo.com*

### 671-735-5572 Monday Thru Thursday's (0800-1000.a.m.)

*CV.06- 00031*

October 13, 2006

To: The Honorable Judge
United States District Court Of Guam
4th Floor, U.S. Courthouse
520 West Soledad Avenue
Hagatna Guahan 96910

**FILED**
DISTRICT COURT OF GUAM

OCT 25 2006

MARY L.M. MORAN
CLERK OF COURT

Subject: Enclosed Documents...

Hafa Adai,

My Name Is Jacob Cruz an Individual With Speech, Learning, Attention Defect, Hypertension Defect, & Post Traumatic-Stress, I Have Filed a "Compliant", With The Court Civil Case Number 06-00031, Cruz Vs. Gregorio Salas Calvo in his Official Capacity as Deputy Director of DISID, / Rosanne S. Ada In her official Capacity as Director of DISID. I am Enclosing Some Documentation for Your Review to Substantiate My Case. Please bear with Me if I missed Some Item's I Am Currently Enrolled at The Guam Community College as A Freshman Post-Secondary Student. The Process Is Quite New To Me So I May Need Some Direction on how to Process Certain Documents. As you Are aware I am just filing this case on my own, most of the Attorney's I Have Spoken To Really do Not have Background On ADA Issues. Likewise They Want Money. Money Is One Thing I Do Not Have Because I Am Furthering My Education.

Again Please Bear With Me...

*Jacob Maase*
Jacob Cruz

**RECEIVED**

OCT 13 2006

DISTRICT COURT OF GUAM
HAGATNA, GUAM

**DEPARTMENT OF INTEGRATED SERVICES**
**FOR INDIVIDUALS WITH DISABILITIES (DISID)**
Pacific News Building, Suite 702, 238 AFC Flores Street, Hagatna, Guam 96910
Tel: (671) 475-4668/46  Fax: (671) 477-2892

September 29, 2006

Mr. Jacob Cruz
165 South Gabgab Court
Dededo, Guam 96929

Dear Jacob:

The Department of Integrated Services for Individuals with Disabilities (DISID), through its Division of Vocational Rehabilitation (DVR), is currently providing service to you via an Individualized Plan for Employment (IPE).

The IPE involves enrollment at Guam Community College (GCC). It also allows for your utilization of a computer and Internet service.

I have been informed that you are still without the Internet service. I have directed the DVR Administrator to provide this service and to report to me by Monday, October 2, 2006 as to the status of your IPE.

Further, it is my understanding that you have requested a Fair Hearing relative to your interest in the Individualized Budgeting Program. You claimed that the Deputy Director, Gregorio Calvo, promised you funding for housing and transportation. Mr. Calvo reported to me that he participated in the development of your IPE and that DVR was to ascertain the validity and viability of this category.

The Individualized Budgeting Program (IBP) is a new program, funded this year under the U.S. Department of Interior through the Compact Impact Funds made available to DISID by the Honorable Governor Felix P. Camacho. This program was processed for DOA financial administration through a Fiscal Intermediary (Catholic Social Service) just recently. The respective social workers and the IBP Service Coordinator have commenced the processing of individual applications. We will notify you of the status of your application shortly.

Thank you for your kind cooperation in understanding the rules and procedures inherent in the implementation of programs and services by any instrumentality of the government. We are in receipt of the Consumer Assistance Program advocacy organization relative to your above request. Should you need further details or clarification, please call me at 476-4646/68.

Sincerely,

ROSANNE S. ADA
DISID Director

# JACOB CRUZ

## STATEMENT OF THE CASE

 JACOB CRUZ is  a 34 years old Chamorro male with learning
disability, speech impairment,  and congenital facial abnormalities.  On May
9, 2006, Jacob went to DISID Support Services to apply for the
Individualized Budgeting Program funded under the Department of
Interior's Compact Impact funds.  He indicated in the "assistance
assessment" section of the Intake Form that his intent was to apply for
Respite Care (Maybe in the Future), Housing assistance from GHURA,
and FINANCIAL AID from the INDIVIDUALIZED BUDGETING PROGRAM.
On March 2006, JACOB CRUZ also re-applied for vocational rehabilitation
services at the Division of Vocational Rehabilitation (DVR) and was found
eligible for services. On July 2006, Jacob met with Albert San Agustin, DVR
Administrator, Gregorio S. Calvo, Deputy Director of DISID, Edmund Cruz,
advocate of the Guam Client Assistance Program for a preliminary
discussion of his academic training at the Miami College in Florida in the
Cruiseship Management. The meeting discussed the services that
JACOB wants DVR to provide him such as laptop computer, printer,
housing, maintenance payments, internet accessibility and a cell phone.
JACOB CRUZ RECALLED THAT DURING THE MEETING, MR. CALVO
MENTIONED THAT THE HOUSING PORTION OF THE INDIVIDUALIZED
PLAN FOR EMPLOYMENT WILL BE COVERED BY FUNDS FROM THE
INDIVIDUALIZED BUDGETING PROGRAM (IBP).   MR. CRUZ
INTERMEDIATE OBJECTIVE NUMBER 5 STATED THAT HOUSING WILL
BE  PART  OF  AN  AMENDMENT.MR.  CRUZ  IS  FILING  A  SEPARATE
HEARING  WITH  DVR  REGARDING  THE  SLOW  MPLEMENTATION  OF  HIS
INDIVIDUALIZED PLAN FOR EMPLOYMENT ( IPE).

## ISSUES PRESENTED

Whether the applicable policy and procedural requirements of the
Individualized Budgeting Program, including eligibility was discussed with
Mr. Cruz. Whether the Individualized Budgeting Program discriminated
against him on the basis of his disability in violation of Section 504 of the
Rehabilitation Act and the Americans with Disabilities Act (ADA)

ESTIMATED TIME:      Jacob estimates that it will take 1.5 hours to
                             present his case.

ACCOMODATION:       JACOB CRUZ is attending GCC and asked to be
                             excuse on Friday, October 6, 2006, 8:30 am for
                             the grievance meeting.

# Guam Community College

The Trustees of the College on recommendation of the College Faculty and by the virtue of the Authority vested in them by law

Hereby Certify That

## Jacob L. Cruz

has satisfactorily completed the Course of Study prescribed by the College and is therefore awarded this

### Adult High School Diploma

Given this month of May, 2006.

_____
CHAIRMAN, BOARD OF TRUSTEES

_____
PRESIDENT, GUAM COMMUNITY COLLEGE

*[handwritten at top]* See me,

# DEPARTMENT OF INTEGRATED SERVICES
# FOR INDIVIDUALS WITH DISABILITIES (DISID)

Pacific News Building, Suite 702, 238 AFC Flores Street, Hagatna, Guam 96910
Tel: (671) 475-4668/4646 Fax: (671) 477-2892

September 22, 2006

MEMORANDUM

TO:             Administrator, DISID Division of Vocational Rehabilitation

FROM:           Deputy Director

SUBJECT:        Scheduling of Fair Hearing as per consumer request

As per the attached request from consumer J. Cruz, please schedule a Fair Hearing for the Division of Vocational Rehabilitation to facilitate his concerns. While it is apparent that he is directing his concerns to me, it is just as evident that the Division of Vocational Rehabilitation has failed in meeting certain provisions of his Individualized Plan for Employment.

Furthermore, I am deeply grieved over the tension and anxiety experienced by this consumer resulting from his purported injustices, whether true or perceived, over his interaction with the Division of Vocational Rehabilitation at the present time and over the past several years.

Therefore, I am respectfully requesting that you schedule a Fair Hearing on this matter as the soonest, especially since he is alluding that his studies at the Guam Community College are being hindered by the failure of DVR in completing the IPE.

I stand by to participate in this Hearing.

*[signature]*

Gregorio S. Calvo

cc:     DISID Director Rosanne S. Ada
        Edmund Cruz, CAP

## Albert San Agustin

**From:** <disid@ite.net>
**To:** <zeni_natividad@yahoo.com>; "Gregorio Calvo" <gregcalvo@yahoo.com>
**Sent:** Wednesday, September 20, 2006 8:17 AM
**Subject:** Fwd: Final Notice(BREACH OF CONTRACT) DISID/DVR

Greg,
Please enter this in the ADRC intake. Followup with Compliance
program and DVR for resolution.
Mrs. Ada


Zeni,
Please review and followup with DVR.
Mrs. Ada

*[handwritten note:]* THIS E. Mail WAS ADDRessed TO: MR Gregorio Sola Calvo Deputy Directing DISID, & Mrs Kaanne S.Ada Director.

---------Included Message----------
>Date: 18-Sep-2006 08:56:01 +1000
>From: "jake cruz" <jcruzgcc2006@yahoo.com>
>To: <gregcalvo@yahoo.com>
>Cc: <disid@ite.net>
>Subject: Final Notice(BREACH OF CONTRACT) DISID/DVR
>
>Jacob Cruz
> E-Mail: jcruzgcc2006@yahoo.com
>
> Final Notice*Final Notice *Final Notice* Final Notice* Final
Notice
> 18th, September 2006
>
> TO: Gregorio Salas Calvo
> Deputy Director
> Department of Integrated Services for Individuals with
Disabilities
>
>
> Subject: Services from DISID.
>
> Hafa Adai Mr. Calvo,
>
> I am writing in response to your letter addressed to Mr.
Albert San Agustin Dated Monday September 11, 2006. at the same
time I would like to Inform You That Because The Action That
Was Taken By You On Friday September 15, 2006 I am giving you
and DVR Exactly 24 Hours To Come Up With The Below Item's As
Mentioned In My IPE. If You Chose Not To Respond to My E-Mail
Then you Will have to Discuss Why In Front OF A JUDGE. I HAVE
WAITED FOR Nearly 3 ½ years for Services. However Only ( One
Third) Of The Services Has Been Delivered Thus Far. You have
Proven To Me That DISID/DVR WILL NOT ENTERTAIN CLIENTS WHOM ARE

LESS FOURTUNATE, BUT RATHER IF YOU HAVE MONEY IN YOUR POCKET
BOOK YOU WILL ENTERTAIN THEM. Let ME Just Mind You That Is This
Considered "White Collar Crime." And this is Illegal. So Get To
Work And PROVIDE ME AN UPDATE BY 0800.a.m. Tuesday September
19, 2006.

- Housing To Include all Basic Utilities
(TELEPHONE,POWER, WATER.)$ 900.00 Plus $ 200.00 For Utilities.
This is The 1st Month Plus Security Deposit Monthly Rental Is
$450.00 and Is Due By The 1st of The Month Or Else A $50.00
Late Fee Will Be Assesed.
- LAPTOP FROM(DIMENSION SYSTEMS) $2,400
- All In One Printer (Sanford Technologies)$163.00 *
Prices May Have Gone Up..
- Marianas Broadband (INTERNET SERVICE) $143.70 This
Includes Basic Installation Charge Plus First Month of $93.70 *
Prices May Have GONE Up..
- I Connect Cell Phone Plus Radio $525.00-PHONE,
$40.00-Sim Card,-$158.88-Monthly Service .
- Maintenance Fee Of $450.00 To Include (August,
September, & October). $ 150.00 Thereafter Due 1st Of The
Month. Check Should be made Out To: Jacob Cruz. And I Will Pick
It Up From DVR EVERY 1st of The Month. However This Month U
Need To Process Check As Soon As Possible In The Amount of
$450.00.          The $ 150.00 Will Commence In November
2006.
- If I Do Not Receive an E-Mail From You By 0800.a.m. Tuesday
September 19,2006 I Will Take You To Court FOR"BREACH Of
Contract."
- The Choice is Up To you..
-
-
- Your E-Mail & Kind and Expidious Response is Highly
Appreciated.
-
-
- Saina Ma'ase
- Si. Jacob Cruz
- Jacob Cruz
- DISID & DVR CLIENT
-
- Cc: Rosanne S. Ada (DISID DIRECTOR)
- Edmund Cruz (CAP GUAM
DIRECTOR/ADVOCATE)
- Albert T. San Agustin DVR ADMINASTRATOR
-
-

-----------------------------------
- Want to be your own boss? Learn how on Yahoo! Small Business.
-

---------End of ncluded Message----------

# Division of Vocational Rehabilitation

*"The Stepping Stone to Employment Outcome"*



ORIGINAL

Rosanne S. Ada
DISID Director

Albert T. San Agustin
VR Administrator

## Individualized Plan for Employment (I.P.E.)

### AMENDMENT

Consumer's Name: **CRUZ, Jacob B.L.**          Case #: **7-5941**

---

**Purpose of this amendment to the initial IPE:**

- ☐ Change of employment goal
- ☑ Additional intermediate objective(s)
- ☑ Additional service(s)
- ☐ Additional evaluation criteria
- ☑ Other

- ☐ Change of service provider
- ☐ Removal of intermediate objective(s)
- ☐ Removal of service(s)
- ☐ Change of evaluation criteria

---

**Specific nature of this amendment:**

1) **The amount of $150.00 will be the amount of maintenance per month for the Fall Semester.**

2) **Maintenance will be retroactive from the month of August.**

3) **Maintenance will be given to VR consumer up to the month of December 2006.**

4) **All other services stated on the original IPE will be constantly reviewed so that continuity of services as well as dates can be met with client satisfactory.**

5) **CONSTANT COMMUNICATION WITH VR CONSUMER MUST BE KEPT OPENED.**

Bldg. 1313 Central Avenue
DIPÅTTAMENTON PRUGRAMA PARA I MANINUTET
238 Archbishop F.C. Flores Street, Suite 702, Hagatna, GU 96910

REVISED: 2/18/2005

Case 1:06-cv-00031     Document 6     Filed 10/25/2006     Page 8 of 26

# Division of Vocational Rehabilitation
## "The Stepping Stone to Employment Outcome"



Rosanne S. Ada
DISID Director

Albert T. San Agustin
VR Administrator

6) **Follow up must be done by VR Counselor (VR Administrator) as to the other additional services that is to be rendered by Director's Office as well as the Deputy Director's Office.**

7) **Appointment with Dr. Darius Richardson for evaluation and restructuring of Jaws.**

8) **Comprehensive Eye Examination as well the purchase of glasses if needed**

9) **Drivers' Education classes to be completed by VR Consumer to procure Driver's License.**

IPE Amendment is opened to changes and is encouraged by VR Counselor.

**Effective date of this amendment:  September 29, 2006**

Bldg. 1313 Central Avenue
DIPÅTTAMENTON PRUGRAMA PARA I MANINUTET
238 Archbishop F.C. Flores Street, Suite 702, Hagatna, GU 96910

REVISED: 2/18/2005

Case 1:06-cv-00031    Document 6    Filed 10/25/2006    Page 9 of 26

# Division of Vocational Rehabilitation
*"The Stepping Stone to Employment Outcome"*



Rosanne S. Ada
DISID Director

Albert L. San Agustin
VR Administrator

**Consumer's Signature/Date**

**Family Member (s) or Authorized Representative/Date**

10/5/06

**VR Counselor's Signature/Date**

**VR Supervisor's Signature/Date**

I have received a copy of my ☒ amended IPE on **October 5, 2006**               .

Bldg. 1313 Central Avenue
DIPÀTTAMENTON PRUGRAMA PARA I MANINUTET
238 Archbishop F.C. Flores Street, Suite 702, Hagatna, GU 96910

REVISED: 2/18/2005

Case 1:06-cv-00031    Document 6    Filed 10/25/2006    Page 10 of 26



# DEPARTMENT OF INTEGRATED SERVICES FOR INDIVIDUALS WITH DISABILITIES
# Division of Vocational Rehabilitation
## *"The Stepping Stone to Employment Outcome"*

Rosanne S. Ada
DISID Director

Albert T. San Agustin
VR Administrator

## Individualized Plan for Employment (I.P.E.)

Consumer's Name:  **CRUZ, Jacob**          Case #: 7-5941

Employment Goal: **Tourism /Cruise Line Management**      D.O.T. Code:

Timelines for achievement of employment outcome:  **24 to 36 months**

**INTERMEDIATE OBJECTIVE #1:**
**VR Consumer will be a registered student Guam Community College in the Fall Semester of "2006". Classes will commence in the month of August 2006. This IPE formulates the services for VR consumer as stated and agreed upon by VR Administrator.**

1) VR will pay for the Tuition and Registration cost. Consumer is to register for 12 credit hours as a full time student (as regulated by financial aid office). Consumer will apply for the Pell Grant to be utilized as similar benefits with VR. A copy of application and approval will be submitted to the Division of Vocational Rehabilitation. (Tuition is in the amount of $840.00). (Registration Fee is in the amount of $122.00)

2) VR will provide the sum of $500.00 to enable consumer to purchase books and supplies.

3) The sum of $17.00 will be paid by VR to enable consumer to take the required placement test.

4) VR will also pay the amount of ($11.00) for Lab Fee and the amount of ($17.00) for Key Boarding fee. (such fee is required from all GCC students). The amount of $1,490.00 will be the total amount paid by VR for consumer to participate as a full time student for the Fall semester.

5) **The Division of Vocational Rehabilitation will purchase a Laptop computer from Dimension Systems, inclusive of; All In One Printer. Quotation will be provided by VR Consumer**

6) **As discussed and verbally agreed upon by VR consumer; Drop Fees and other amounts related to this semester will be taken care of by consumer. Also, please note that VRA have mandate a stipulation that VR consumer must retain a grade point average of 2.0 in every subject area.**

7) **Internet services will be provided by and paid for by; the office of the DISID Director and Deputy Director.**

8) **Housing/ Rental (close to the vicinity of GCC) will be provided and paid for by the Director and Deputy Directors' Office of DISID, Department Of Integrated Services For Individuals With Disabilities.**

9) **CHANGES TO THIS IPE MUST BE DISCUSSED WITH VR ADMINISTRATOR AND VR CONSUMER AND AGREED UPON BY BOTH PARTIES. ALL SERVICES MUST BE PRE-AUTHORIZED AND CARRY THE SIGNATURE OF THE VR ADMINISTRATOR.**

Progress Evaluation Method: **Program progress will be monitored aggressively by utilizing the email process and also by making sure that VR gets a copy of all Report Cards and progress reports that will be available to VR from Guam Community College.**

**INTERMEDIATE OBJECTIVE #2: The Division of Vocational Rehabilitation**

Progress Evaluation Method: **VR Consumer must take responsibility and make sure that all services are completed and billed to the Division of Vocational Rehabilitation. And as usual all communications with regards to status and services will be directed to the Academic Adviser.**

**INTERMEDIATE OBJECTIVE #3: VR Consumer must pass all classes per semester. The Division of Vocational Rehabilitation will not pay for Repeat Courses.**

Progress Evaluation Method: **Again all progress communication will be done with Academic Adviser.**

**INTERMEDIATE OBJECTIVE #4: VR Consumer must inform VR if there is a need for Academic Support such as stated in the Program Application Handbook.**

**INTERMEDIATE OBJECTIVE #5 VR will provide the authorization for the purchase of the Laptop computer as well as the All In One Printer.**

INTERMEDIATE OBJECTIVE #6: The office of the Director and the Deputy Director will provide the services for these computers.

Progress Evaluation Method: **All communications will be directed to Academic Adviser and communicated to VR Administrator.**

Progress Evaluation Method: **Must keep an Open Communication with VR Administrator and VR. And must provide VR with update Report Card.**

REVISED: 2/18/2005          DIPÁTTAMENTON PRUGRAMA PARA I MANINUTET
238 Archbishop F.C. Flores Street, Suite 702, Hagatna, GU 96910

Page 2

Case 1:06-cv-00031    Document 6    Filed 10/25/2006    Page 12 of 26

## INDIVIDUALIZED PLAN FOR EMPLOYMENT

- **Comparable services and benefits to be used for this plan:  To be discussed with VR Administrator and agreed upon by both VR Administrator and VR Consumer.**

    .

    - **Guam DVR's financial participation in the cost of services: All cost will be review and discussed by VR Administrator and VR Consumer.  All cost and additional cost must be**
    - **PRE-AUTHORIZED**


- **Consumer's financial participation in the cost of services: To be discussed with VR Administrator and agreed upon by both parties.**

    **Responsibilities of the consumer: Keep in constant contact with the VR Office. Any changes in address, phone numbers or any circumstances that may affect the IPE services must be communicated to VR Administrator.**
    - **Make reasonable efforts to maintain satisfactory progress as specified in your IPE.**
    - **Apply for and make use, if any, of all comparable benefits available.**
    - **Request and discuss all pre- authorized approval from VR Administrator (Your counselor) for additional services or changes to your IPE.**
    **Responsibilities of the Guam DVR counselor:  VR Administrator (your VR Counselor) will work jointly and provide VR counselor with informed choices if any changes to the IPE is necessary.**

    - **Provide VR Consumer with Counseling and Guidance through the terms of the IPE.**

    - **Review all programs in the IPE with VR Consumer at least quarterly with constant monitoring of progress.**

REVISED: 2/18/2005          DIPÅTTAMENTON PRUGRAMA PARA I MANINUTET
238 Archbishop F.C. Flores Street, Suite 702, Hagatna, GU 96910

Page 3

Case 1:06-cv-00031     Document 6     Filed 10/25/2006     Page 13 of 26

_____     _____
Consumer's Signature/Date           **Family Member (s) or Authorized Representative/Date**

_____     _____
**VR Counselor's Signature/Date**         **VR Supervisor's Signature/Date**


**I have received a copy of my (____) IPE on _____.**

REVISED: 2/18/2005         DIPÅTTAMENTON PRUGRAMA PARA I MANINUTET
238 Archbishop F.C. Flores Street, Suite 702, Hagatna, GU 96910

Page 4

Case 1:06-cv-00031     Document 6     Filed 10/25/2006     Page 14 of 26

# Program Funding Proposal - Draft

| Program/Service | Program Description | Amount |
|---|---|---|
| Community Resource Center (Support ADRC Grant) | A facility or common area monitored/managed by the Department of Integrated Services for Individuals with Disabilities-Division of Support Services that will house the grant requirements as established by the Center of Medicaid/Medicare and the Agency of Aging, also known as the ADRC Grant. Inclusive, additional site requirements as identified by the ADRC Grant will be coordinated with the Mayor's of specified villages to utilize Senior Citizens and Community Centers to house computers for consumers to seek services and/or programs. | $200,000.00 |
| Guam Rehabilitation Workshop Center | A facility that would provide for a designated area to service the Department of Integrated Services for Individuals with Disabilities, Guam Developmental Disabilities Council, Guam Rehabilitation and Workshop Center, Inc., Faith Based Organizations, and other community entities that provide programs/services for individuals with Disabilities. | $300,000.00 |
| | Total | $740,000.00 |

P.L. 28-150

Fy. 2007 Budget
## Program Funding Proposal - Draft

| Program/Service | Program Description | Amount |
|---|---|---|
| Individualized Budget Program | A continued program from the pilot Inadanna para Tinilaka "Partner for Change" program tha provide an Individualized Budget mechanism that establishes an amont of funding available for an individual with disabilities to direct and manage the delivery of services that he/she requires and is authorized to receive. This model ensures that the persons with disabilities exercises choice and control over their living environment; the service they receive, the manner by which services are provided, and integrated into the community. Increases and promotes collaborative partnerships to develop and enhance Guam's service delivery for persons with disabilities through creative cost effective systems | $90,000.00 |
| Safe Haven Program | In 1992, ammendmenlgs to the Stewrt B. McKinney Homeless Assistance Act included a provision for the creation of Safe Havens. According to the Title IV, Subtitle D of the McKinney Act: A Safe Haven is a form of supportive housing that serves hard-to-reach homeless persons witlhe severe disabilities who are on the street and have been unable or unwilling to participate in supportive services. Safe Havens encourage residents to go beyond just finding shelter, but by creating a housing environment that is safe, sanitary, flexible, and stable and which places no treatment participation demands on residents, but has high expectations for residents. These expectations include that the resident will transition from unsafe and unstable street life to a permanent housing situation and that re-engagement with treatment services will occur. | $150,000.00 |

For more information, contact the

## Department of Integrated Services for Individuals with Disabilities (DISID)

7th Floor
Pacific Daily News Bldg.
Hagåtña

**Phone Numbers:**
**475-4646**
**475-4647**

Email: disid@ite.net






GUAM

Department of
Integrated Services for
Individuals with Disabilities

## Guam Individualized Budgeting Program



## Opening Doors for Independence

*"The purpose of public funding must move to a more noble goal of assisting individuals achieve lives of high purpose deeply embedded in their communities, engaged in meaningful relationships and pursuing both economic and spiritual goals."--Tom Nerney, Maryland Developmental Disabilities.*



"The grant has helped my brother, change his image and to (see that he is) able to be someone"

"My mind is now at ease I don't have worries





"My quality of life has changed because I am not depending on others any more I can make plans on my own"

Now I have ideas of becoming self employed.

## Individualized Budgeting

- Established for individuals with disabilities
- Determines an amount of individual funding support based on need
- Individual determines their needs
- Individual directs and manages the delivery of services needed

Individualized Budgeting was first offered on Guam through a federally funded pilot project from the U.S. Department of Health and Human Services, Real Choices Grant. Due to the success of the pilot project, locally appropriated funds have been made available to offer this project island-wide to those who qualify.



**Pilot Project: Where $$ was Spent**

## Benefits Received Through the Program

By joining the Guam Individualized Budgeting Program, participants will receive financial support through the Department of Integrated Services for Individuals with Disabilities (DISID).

- Support to improve daily life activities
  - Assistive devices
  - Home living
  - Medical supplies
  - Personal assistant services
  - Personal care/grooming
  - Transportation and
  - Other needs
- Budgets are spent through a fiscal intermediary
- Funds are accessed through vouchers and direct payments
- Quick response time in receiving support

## 2005 Pilot Study Impact

The Individualized Budgeting, Inadannå para Tiniilaika. Partners for Change project was administered and operated by DISID with the advisement of the Guam Individualized Budgeting/Self Determination Committee. The consumer driven Advisory Committee included consumers and non-voting community/service providers who guided established, and directed the necessary process for the consumer controlled services. Based on qualifications and criteria developed by the Advisory Committee, a total of 10 participants were selected.

Over a six month period, participants participated in various training sessions, received input from family and service providers, received support from the DISID Service Coordinator, and worked closely with the Fiscal Intermediary (person responsible for processing requests for funding) to obtain vouchers and direct payment from their budgets. Funds were spent on a variety of services, support and necessities.



## How to Join the Program

- Contact the DISID office for more information and to obtain an application

- Complete the application and submit to DISID

- Your application will be reviewed by the Integrated DISID Individual Budgeting Advisory Committee

- If approved, you will be notified of the amount of support for which you are eligible within 10 working days of your selection.

A representative will be in contact with you to begin the identification of your needs.

# Allowable Costs







### CARE GIVING:
- Household Maintenance
- Personal care attendance to provide transportation
- To Assist with shopping
- Completing forms
- Cleaning homes
- Bathing & Dressing
- Laundry
- Cooking meals & assisting with feeding, baking
- Assist in exercising
- Assist in the bathroom
- Advocacy and Letter Writing
- Transferring

### RECREATION AND LEISURE:
- Someone to play games with
- Pay for movies
- Go to the restaurants
- Bowling
- Concerts
- Sports Activities: volleyball, basketball, and baseball, or other sports
- Learn how to play instruments
- Traveling

### TRANSPORTATION:
- To pay for bus transfer coverage
- Taxi
- Help pay for the car
- Gas Allowance
- Car Repairs
- Advocacy and assistance in writing letters regarding transportation

### OTHER MISCELLANEOUS:
- Purchase furnishings
- Adult undergarments, etc.
- Other Service Providers contracted
- Specialized Equipment (i.e. TDD, bathroom, etc).
- Animal support
- Adaptive equipment
- Home Repair(i.e. plumbing & painting)
- Assistance at work
- Other additional needs

### Financial Assistance/Stipend
- Assistance with Rent
- Utility Coverage
- Shopping Allowance (i.e. clothing)
- Food Allowance
- Assistance with Education
- Services to address spiritual needs
- Business Development



### ADDITIONAL NEEDS:
- To hire Social Worker
- Assist with set up cost with Business
- Advocacy with Vocational Rehabilitation
- A.H.R.D
- Education
- Dressing/Undressing
- Bathing
- Grooming
- Hair and Skin Care
- Bowel and bladder elimination
- Medication
- Adaptive device
- Eating
- Meal preparation
- Housekeeping & laundry
- Shopping/Errands
- Transportation

### MEDICAL:
- Medications
- Physical Therapy and other therapy
- Medical Insurance
- Assistance in filling out medical forms
- A person to assist getting your prescription
- Medical information
- Range of Movement





* Transportation
* Other miscellaneous (Furnishly)
* Financial Assistance

* Assistance in Rent
* Utility Coverage
* Business Development.




## Reports

| List Number | 96-1426 | Property Type | Condo/TH/Apt Rentals |
|---|---|---|---|

## Contract Information

| Status | Active | List Price | 425.00 |
|---|---|---|---|

## Pending/Sold Information

## Location

| Building Name | Not applicable | Village | Mangilao |
|---|---|---|---|
| State/Province | Guam | Postal Code | 96913 |

## Property Description

| Book Section | Condo Rental | +/- SqFt | 350.00 |
|---|---|---|---|
| Year Built | 1993 | Style | Condominium |
| Realtor.com Type | Residential Condo or Townhome Rental | Stories | 1.00 |
| Total Bedrooms | 1.00 | Total Bathrooms | 1.00 |
| Access | Paved | Flood Zone | C |
| Zoning | Unkno | Condition | Good |
| SqFt Source of Info | REALTOR | Ownership | Fee Simple |

## Taxes & Legal

## Remarks

Public RemarksGreat unit with potential! Cute and Convenient. Close to University

## Details

| Construction: | Concrete |
|---|---|
| Roof: | Concrete |
| Flooring: | Carpet |
| Air Conditioning: | # Split AC Units |
| Appliances/Pers Prop: | Other Appliances, Typhoon Shutters, Refrigerator, Stack Washer/Dryer, Stove |

Information is deemed to be reliable, but is not guaranteed. See copyright notice. All properties are subject to prior sale, change or withdrawal. Neither listing broker(s) nor displaying broker shall be responsible for any typographical errors, misinformation, or misprints.

Prepared by Angelica "Angie" L. Borja, REALTOR on Friday, July 07, 2006 11:48

The information on this sheet has been made available by the MLS and may not be the listing of the provider ©2003 Guam Association of REALTORS® Multiple Listing Service. All rights reserved.

The information on this sheet has been made available by the MLS and may not be the listing of the provider ·

THE ABOVE UNIT WAS Available As oF 14 Aug 06.

ONly Property in the Vicinity is Xadera Towers Condo's @ $3,000 a month.

OcToBER 2006 UNIT WAS Leased. Realtor Explained THAT They along w/ other Realtors & Property Owners Do Not Have a "ShorT TERM" Lease Program.

P.L. 28-150

**Decision Package**
**Fiscal Year 2007**

Department/Agency: Dept. of Integrated Services        Division/Section: Director's Office
                    For Individuals with Disabilities

**Program Title:**
Management of the Department's Mandate as per Public Law 24-16 as the "single point of entry"
for program and services for individuals with disabilities and their families

**Activity Description:**
The Director is responsible for the overall implementation of the provisions of the above
government of Guam mandate, coordinating the three division administrators in carrying out
their respective missions and goals, linking DISID with the Executive Office of the Governor
and appropriate departments and agencies, facilitating interaction with village mayors and their
constituents, and initiating contacts and collaboration with community and faith-based
organizations and volunteers in the programs and services for individuals with disabilities and
their families

**Major Objectives:**
To provide direction and oversight of the mandated responsibilities of the Department in
carrying out programs and providing services to individuals with disabilities.

**Short-term Goals:**
1.  Re-activation of DISID Division of Evaluation, Enforcement and Compliance (DEEC);
2.  Start-up of the "Aging and Disability Resource Center" Grant from the USDHH
    Administration on Aging and the Centers for Medicare & Medicaid;
3.  Full implementation of the "Individualized Budgeting Program" within the DISID Division
    of Support Services, and
4.  Full attention by the DISID Division of Vocational Rehabilitation in an all-out endeavor to
    address DVR's "high risk" status.

**Workload Output**

| Workload Indicator: | FY 2005 Level of Accomplishment | FY 2006 Anticipated Level | FY 2007 Projected Level |
|---|---|---|---|
| Executive Cabinet | Good participation | Increase level | Increase level |
| Management | Fair/manageable | Higher level | Higher level |
| Government of Guam linkage | Acceptable | Expand network | Continue to expand |
| Vocational Rehabilitation | Addressing "high risk" | Full attention | Back to acceptable |
| Support Services | Managing contracts | Evaluation | Consumer Satisfaction |
| Evaluation, Enforcement, Compliance | (unfunded) | Re-activation | Fully operational |
| Federal Grants | Resources development | Increase applications | Increase applications |
| Collaboration/Partnerships | Functioning level | Move to higher level | Continue to increase |

3

MANAGEMENT
ADVERTISING DIRECTOR
David V. Crisostomo
dcrisostomo@guampdn.com
477-9711 ext 414

# YOUR MONEY

## Saipan chamber to lead round-table

The Saipan Chamber of Commerce is inviting Guam business leaders to join Commonwealth of Northern Mariana Island business leaders for an Aug. 31 round-table meeting on energy.

The 2006 Marianas Round table Focus on Energy is scheduled to be held in Saipan's Fiesta Resort & Spa. For more information call the Saipan Chamber of Commerce at 670-234-7150.

## Management Training at UOG

The University of Guam's Professional Development and Life Long Learning Center is offering a 20-hour seminar on First Line Supervision, 4th Edition. The seminar will run from 8:30 a.m. to 12:30 p.m. from Aug. 14-18 at the University's Humanities and Social Science Building. Cosponsored by the American Management Association, the management training seminar is one of the courses needed for a certificate of general management.

Registration is $475 per person. The last day to register is noon on Aug. 11. Upon conclusion of the training, a certificate of completion will be awarded to each student. For more information, call 735-2600/01/02.

---

# Plan to move DVR under DISID

**By Steve Limtiaco**
*Pacific Daily News*
slimtiaco@guampdn.com

A plan to improve job training and placement services for Guam residents with disabilities currently is being reviewed by federal and local officials, and one of the key proposals is to put a different government official in charge of providing those federally funded services.

If approved, the director of the Department of Vocational Rehabilitation would improve accountability according to the administration officials.

**TO THE POINT**

▲ Placing the Department of Integrated Services for Individuals with Disabilities division rector in charge of the Division of Vocational Rehabilitation services for the individuals with Disabilities at the division, according to administration officials.

## FINDINGS

Here are some of the findings in the U.S. Department of Education's Rehabilitative Services Administration annual report on the island's Division of Vocational Rehabilitation:

▲ The division did not meet federal requirements for the prompt handling of referrals or the determination of eligibility within 60 days.

▲ Services either were not delivered according to plan or were delayed by the agency.

▲ In terms of wages, clients of Guam's vocational rehabilitation division placed 78 out of 80 vocational rehabilitation programs nationwide, with an average wage of $7.67. The only place worse was the Commonwealth of the Northern Mariana Islands, which does not follow the federal minimum



wage, the report states.

▲ The division does not have an up-to-date policy manual, which is "a significant barrier" to case-management practices and services. Because clients don't have access to the manual, they cannot be certain of their rights and responsibilities.

*Pacific Daily News*

services.

A January report by the U.S. Department of Education states that the local vocational rehabilitation division takes too long to process clients and provide adequate services, and has a very low success rate. Five counselors were able to find jobs for only 14 clients in the 15 months examined.

The report also is critical of where clients were being placed, since 80 percent of the jobs found between October 2003 and December 2004 were as janitors or kitchen helpers.

Under the current structure, the vocational rehabilitation division is under the Department of Vocational Rehabilitation.

A new plan, submitted for several changes to the way vocational rehabilitation operates and provides services ...

providers.

"It's sad when I have consumers saying that they haven't even been assessed in a year. It's sad to see consumers saying, 'I've been assessed and I'm waiting for a job, and it's been 18 months,'" said Ray Souza, who is director of the governor's Office of Community Integration.

The Cabinet-level position was created as a result of a federal law suit against Mental Health, the Department of Integrated Services for Individuals with Disabilities, and the governor, which forced the government to implement new services for assistance to people with developmental disabilities.

"I think it is a management issue, and I think that's the reason why we wanted (the Division of Vocational Rehabilitation) a strategic plan to fall under DISID. That's because for the longest time (vocational rehab) was almost without a rudder. There was no direction, there was no accountability, like a rudder. There was no accountability," Souza said.

Under the current structure, the vocational rehabilitation administrator, Albert San Agustin, is the local official who decides how federal money shall be spent to provide services.

## Problems with DVR

DISID Director Ada in May told the *Pacific Daily News* she was having problems working with her agency's vocational rehabilitation division, saying it is difficult to manage because its employees still belong to the vocational rehabilitation independent department, years after it was made part of DISID.

"They still think that... We have the money... we can do what we want," she said. "They think they own the purse strings."

Souza said putting the DISID director in charge of those services would improve accountability, because the DISID director works directly for the governor, as opposed to the vocational rehabilitation administrator, who is a classified government employee.

Offic...ne Speaker
ANTONIO R. UNPINGCO
Date: 3/27/97
Time: 10am
Rec'd by: mis
Print Name: Monique

CARL T.C. GUTIERREZ
GOVERNOR OF GUAM

OFFICE OF THE LEGISLATIVE SECRETARY
ACKNOWLEDGMENT RECEIPT
Received By  D - I - f
Time 3:30 pm
Date 3/27/97

MAR 2 6 1997

The Honorable Antonio R. Unpingco
Speaker
Twenty-Fourth Guam Legislature
Guam Legislature Temporary Building
155 Hesler Street
Agana, Guam  96910

**Refer to
Legislative Secretary**

Dear Speaker Unpingco:

Enclosed please find Substitute Bill No. 18 (COR), "AN ACT TO REPEAL AND REENACT CHAPTER 41 OF TITLE 17, GUAM CODE ANNOTATED; TO REPEAL P.L. 20-213; TO AMEND §50111(c) OF TITLE 5, GUAM CODE ANNOTATED; TO AMEND §§3401.1(e) AND (h) OF TITLE 16, GUAM CODE ANNOTATED", which I have **signed** into law today as **Public Law No. 24-16.**

I am very pleased to sign this landmark legislation which will finally create the framework for an umbrella of assistance to shield and assist members of our disabled community. While similar in intent to the 23rd Legislature's Bill 735, this legislation corrects fatal flaws included in the earlier bill which forced me to veto it. Those flaws would have cut off federal funds, and instead of helping our disabled citizens, it would have hurt them.

This legislation repeals the Department of Vocational Rehabilitation statute and creates a new Department of Integrated Services for Individuals with Disabilities (DISID) effective October 1, 1997. Two divisions and two supporting councils are created within DISID: the Division of Vocational Rehabilitation (DVR) and Rehabilitation Advisory Council, and the Division of Support Services for Individuals with Disabilities (DSSID) and the Division of Support Services for Individuals with Disabilities Council (DSSIDC). By coordination of the providing and implementing of services for persons with disabilities, DISID will eliminate the fragmentation and confusion that presently exists.

Although this legislation will provide many benefits, I urge the Legislature to address the following concerns to ensure that our disadvantaged citizens receive the fullest measure of assistance and services the law can provide:

Following completion of the transition process, **Section 7**, page 47, lines 20-22, directs the DSSIDC members to begin duties and powers as outlined in **§41311** of this legislation. Unfortunately, **§41311** does not exist. This reference should be corrected to read **"§41310,"** which is the proper subsection and contains a listing of the powers of DSSIDC.

There is a need to amend **§41302 (d)** on page 35, to identify the specific roles to be played by DISID and the Department of Mental Health and Substance Abuse regarding individuals with mental illness. Such an amendment would insure that efforts and expenditures are not duplicated.

Because of their employment-related functions, the Department of Labor should be included on the RAC as an ex-officio member because of the critical role they play in the employment-related functions.

Very truly yours,

Carl T. C. Gutierrez
Governor of Guam

Attachment
00103