# TWENTY-FOURTH GUAM LEGISLATURE
## 1997 (FIRST) Regular Session

## CERTIFICATION OF PASSAGE OF AN ACT TO THE GOVERNOR

This is to certify that Substitute Bill No. 18 (COR), "AN ACT TO REPEAL
AND REENACT CHAPTER 41 OF TITLE 17, GUAM CODE ANNOTATED;
TO REPEAL P.L. 20-213; TO AMEND §50111(c) OF TITLE 5, GUAM CODE
ANNOTATED; TO AMEND §§3401.1(e) AND (h) OF TITLE 16, GUAM
CODE ANNOTATED," was passed on the 8th day of March, 1997, duly and
regularly passed.

_____
ANTONIO R. UNPINGCO
Speaker

Attested:

_____
JOANNE M.S. BROWN
Senator and Legislative Secretary

---------------------------------------------------------------------------------

This Act was received by the Governor this ___14th___ day of ___March___,
1997, at ___4:55___ o'clock ___P___.M.

_____
Assistant Staff Officer
Governor's Office

APPROVED:

_____
CARL T. C. GUTIERREZ
Governor of Guam

Date: ___3. 26-97___
Public Law No. ___24-16___

# Twenty-Fourth Guam Legislature
## 1997 (First) Regular Session

**Bill No. 18 (COR)**
As substituted by the Committee on Rules,
Government Reform & Federal Affairs,
and further substituted on the floor.

Introduced by:

L. Leon Guerrero
J. WonPat-Borja
V. C. Pangelinan
A. R. Unpingco
Mark Forbes
T. C. Ada
A C. Blaz
F. B. Aguon, Jr.
E. Barrett-Anderson
J. M.S. Brown
Felix P. Camacho
Francisco P. Camacho
M. C. Charfauros
E. J. Cruz
W. B.S.M. Flores
L. F. Kasperbauer
A. C. Lamorena, V
C. M. Leon Guerrero
J. C. Salas
A. L.G. Santos
F. E. Santos

**AN ACT TO REPEAL AND REENACT CHAPTER 41 OF TITLE 17, GUAM CODE ANNOTATED; TO REPEAL P.L. 20-213; TO AMEND §50111(c) OF TITLE 5, GUAM CODE ANNOTATED; TO AMEND §§3401.1(e) AND (h) OF TITLE 16, GUAM CODE ANNOTATED.**

1     BE IT ENACTED BY THE PEOPLE OF THE TERRITORY OF
2     GUAM:

1

**Section 1. Legislative Intent.** The Guam Legislature finds that there are agencies and organizations on Guam, both private and public, that have the responsibility with providing, planning, supporting employment services and implementing a wide spectrum of services for persons with disabilities. But, because of the fragmentation and lack of coordination of these services, it becomes difficult for these agencies, organizations, friends and families of persons with disabilities to utilize them to its fullest potential. The problems are compounded with the fact that there is no department directly responsible to address the overall issues of persons with disabilities.

The Guam Legislature further finds that on a national average, ten percent (10%) of the population is disabled. Although some data is collected, there is no central data system to accurately determine the number of persons with disabilities on Guam. However, the increased need for services for persons with disabilities is reflected by the long waiting lists accumulated by various agencies and organizations.

Furthermore, the Guam Legislature supports the enhancement of children's services. Children, regardless of the severity of their disability, need families and endearing relationships with adults in a nurturing home environment. Children with disabilities benefit by growing up in their own families; families benefit from staying together; and the community can benefit from the diversity that is provided when people with varying abilities are included.

The Guam Legislature realizes that there is lack of adequate and coordinated services for persons with disabilities, especially over the age of twenty-one (21). These services could include day activities and

2

expanded respite care to assist families with relief and minimize the stress associated with caring for a person with a disability.

The Guam Legislature believes that our community could better advocate for persons with disabilities by improving existing services and establishing for new services. It is the right of every individual on Guam, especially a person with a disability, to demand equality and be recognized as a contributing participant in the Territory of Guam. There is a lack of awareness of the real needs of a person with a disability, and it is our responsibility as a community to educate ourselves and others to make the difference.

The Guam Legislature fully supports family preservation and any initiatives that would reduce off-island treatment of a person with disabilities to a minimum in an effort to bring families together. Presently, children and adolescents with serious emotional disorders are sent to off-island facilities away from their families because of the inadequate lack of services available to them on Guam. These same individuals usually have special and multiple needs because of mental retardation or other organic/physical disabilities. These "dual-diagnosed children and adolescents" are part of the target population that can benefit from an agency with clear mandates of responsibility to develop gaps in services for those with disabilities. Clearly, there is a need to develop a range of services to support the comprehensive needs of children with all disabilities (these same children grow up to be our adults with disabilities) so as to support treatment on Guam and/or facilitate their return back to Guam in the shortest time possible. The Guam Legislature recognizes the need for effective family support services that are designed and provided with respect and responsiveness to the unique needs, strengths and

3

cultural values of each family, and the family's expertise regarding its own needs.

Therefore, it is the intent of the Guam Legislature to improve services for persons with disabilities by creating and establishing a designated agency as a single point of entry to provide, promote and ensure a full continuum of lifelong programs and services that allow for independence, productivity and inclusion into the community. As created, this agency shall build partnerships with the local and federal government and recognize the efforts of all organizations and agencies associated with providing quality services to persons with disabilities.

**Section 2.** Chapter 41 of Title 17 Guam Code Annotated, is hereby repealed and reenacted as follows:

**"Chapter 41**

**Article 1**

**§41101. Department.** There is within the government of Guam an entity entitled "The Department of Integrated Services for Individuals with Disabilities (DISID)," which shall serve as a public service to coordinate and provide vocational rehabilitation and comprehensive community services for eligible individuals with disabilities.

**§41102. Definitions.** For the purposes of this Chapter:

(a)    **Department** means "The Department of Integrated Services for Individuals with Disabilities ("DISID")."

(b)    **Director** means the Director of "The Department of Integrated Services for Individuals with Disabilities ("DISID")." The Director will be appointed by the Governor and confirmed by the Guam Legislature.

**§41103. Duties of DISID.**

4

(a) The DISID can accept grants, gifts, contributions and appropriations.

(b) The DISID shall conduct and provide for staff development, public education, and community awareness activities on the problems, needs, potentials, and rights of the individuals with disabilities through affirmative public education programs, including conferences, workshops and forums.

(c) The DISID shall serve as a central clearing house for public and private activities, which address the needs of persons with disabilities in Guam, review grant applications as related to the Division of Support Services for Individuals with Disabilities, proposed state plans and program descriptions in matters affecting persons with disabilities prior to submittal for the Governor's approval, and serve as a repository and disseminator of program information relating to persons with disabilities.

(d) The DISID shall review, assess and make recommendations addressing problems and needs and the availability of adequate services and resources for persons with disabilities in Guam through research and studies with regard to but not limited to employment, education, health, social services, recreation, civil rights, public facilities, housing, vocational training and rehabilitation, transportation and other matters pertinent to the well-being and independence of persons with disabilities, and to publicize the results thereof.

(e) The DISID shall compile and maintain a data base on the incidence of disabling conditions and number of persons with disabilities in Guam, and on resources allocated to address the needs of persons with disabilities.

5

(f) The DISID shall develop short and long-term plans to meet the needs of individuals with disabilities through facilitating the coordination of services and programs in collaboration with other organizations and/or agencies, whether they are community, public and/or private.

(g) The DISID shall be the state agency to supervise and administer the vocational rehabilitation services authorized by this Chapter under the state plan formulated in conformance with the Federal Vocational Rehabilitation Act, as amended, except for that part, as may be administered by a local agency of a political subdivision in the State, and DISID shall be the agency to supervise the local agency in the administration of that part.

(h) The DISID shall submit a detailed report on its activities and responsibilities to the Governor and the Speaker of the Guam Legislature on January 1 of each year, and for the previous fiscal year, and publish its availability for review to the public.

(i) The DISID shall implement Quality Assurance Programs to assure compliance of all public and private entities consistent with applicable local and federal statutes pertaining to individuals with disabilities.

(j) The DISID shall be designated as the state agency to administer the state plan for vocational rehabilitation services and services for adults who are blind.

(k) The DISID shall implement, consistent with applicable local and federal statutes, a fair, timely and impartial grievance procedure to provide administrative due process and recourse for individuals aggrieved by any action or failure to act on the part of the department under this Act.

6

(l)    Design and implement an information and referral system for easy accessibility for individuals with disabilities and others who may benefit from services of DISID  and availability of other services.

**§41104.    Staff.**  The DISID shall hire staff to assist in the performance of its duties in compliance with Title 4, Guam Code Annotated, and personnel rules and regulations.

**§41105.  Other Programs/Services.** DISID will review annually the needs for new systems, or improvement of existing systems.  DISID shall create and advocate for the expansion of programs and services and other systems as required to implement the services necessary for persons with disabilities.

**Article 2**

**§41201. Division.** There is within the Department of Integrated Services for Individuals with Disabilities (DISID), a Division of Vocational Rehabilitation (DVR) which shall, as a public service, provide vocational rehabilitation services to eligible individuals with disabilities, and which shall be designated as the designated state unit to administer the state plan for vocational rehabilitation services and for the blind.

(a)    (1)  DVR may cooperate with other departments, agencies, and institutions, both public and private, in providing the services authorized by the Division to individuals with disabilities in studying the problems involved therein, and in establishing, developing, and providing, in conformity with the purposes of the  DVR such programs, facilities, and services as may be necessary or desirable.

(2)   Cooperation may include contracts and cost-sharing agreements, to the extent permitted by the Rehabilitation Act of 1973

7

(P.L. 93-112), as amended, and the implementing Federal regulations.

(3)   Within the scope of the Federal Rehabilitation Act, through cooperative agreements with other public agencies, DVR shall be consistent with their approved state plan. To provide these services, with the provisions of Federal law, DVR and other agencies shall share facilities, utilize existing eligibility and assessment information, participate in cross-training for agencies participating in cooperative programs, and engage in other cooperative activities to reduce duplication of services, and to provide a new enhanced pattern of vocational rehabilitation services for persons with disabilities.

(b)   DVR may cooperate with Department of Education and with the public post-secondary education system to provide instruction, individual counseling and guidance, and related rehabilitation services for eligible students with disabilities.

(c)   DVR and the Department of Education will coordinate efforts in assisting vocational orientation of students with disabilities.

(d)   In performing any rehabilitative services or in contracting with other public or private agencies for rehabilitative services, DVR shall take into consideration the needs of non-English-speaking persons with disabilities and shall provide language assistance consistent with the approved state plan to those individuals participating in the Division's public or private rehabilitation programs.

(e)   To the extent funds are available, DVR also shall take into consideration the needs of persons with disabilities who rely on alternate modes of communication; such as manual communication, tactile, oral and

8

nonverbal communication devices; and shall provide communication assistance to those individuals participating in DVR's programs consistent with the approved state plan.

(f)   DVR shall conduct strategic planning which may include research and compilation of statistics, relating to the provision of services or the need of services by persons with disabilities.

(g)   Financial need shall be considered in the furnishing or denial of services in accordance with the approved state plan.

(h)   Pursuant to Federal law, DVR may conduct an evaluation, when necessary, including, but not limited to, diagnostic and related services necessary to determine eligibility for vocational rehabilitation services and for choosing rehabilitation goals, objectives and services.

(i)   Pursuant to Federal law, DVR  shall establish a priority order to be followed in selecting individuals to whom vocational rehabilitation services will be provided, consistent with the approved state plan.

(j)   License blind individuals to operate vending stands, under its supervision and control, property of the government of Guam and on Federal or other property, pursuant to the Randolph-Sheppard Act or any other Act of Congress relating to the subject; supervise the operation of vending stands and other small businesses established pursuant to this Chapter to be operated by persons with severe disabilities.

§41202.   Definitions.   For the purpose of this Article:

(a)   **Council** means the Rehabilitation Advisory Council (RAC) for Division of Vocational Rehabilitation (DVR).

(b)   **Division** means the Division of Vocational Rehabilitation (DVR).

9

(c) **Administrator** means the Administrator of the Division of Vocational Rehabilitation (DVR), who shall be an ex-officio non-voting member of the RAC. The Administrator must have at least a bachelors degree in Special Education, Vocational Rehabilitative Counseling Services or related subject, and at least four (4) years of experience in vocational rehabilitation service or related service dealing with persons with disabilities of which two (2) years shall be administrative. The position shall be of the classified service of the government of Guam. The position Classification Standard and Compensation shall be established by the Civil Service Commission.

(d) **Individual with a Disability** means any individual who:

(1) Has a physical or mental impairment which for this individual constitutes or results in a substantial impediment to employment, and can benefit in terms of an employment outcome through the provision of vocational rehabilitation services provided, pursuant to Title I, III, VI, or VIII of the Vocational Rehabilitation Act of 1973, as amended.

(2) Can benefit in terms of an employment outcome from vocational rehabilitation services provided pursuant to this Chapter.

(e) **Individual with a Severe Disability** means an individual with a disability who has a severe physical or mental impairment, which seriously limits one or more functional capacities as defined by the Vocational Rehabilitation Act, as amended.

(f) **Vocational Rehabilitation Services** means those services identified in this Article, to include services identified in the approved state plan. All expenses for the purposes of these services will not be restricted or included under capital outlay.

(g)  **Supported Employment** means competitive work in integrated work settings for individuals with the severe disabilities for whom competitive employment has not traditionally occurred; or for whom competitive employment has been interrupted or intermittent as a result of a severe disability; and who, because of the nature and severity of their disability, need intensive supported employment services for the period, and any extended services to include transitional employment for persons who are individuals with the most severe disabilities due to mental illness.

(h)  **Nonprofit** when used with respect to a rehabilitation facility means a rehabilitation facility which is owned and operated by a corporation or association, no part of the net earnings of which accrues or may lawfully accrue, to the benefit of any private shareholder or individual, and the income of which is exempt from taxation under §501(c)(3) of the Internal Revenue Code of 1954.

(i)  **Assessment for determining eligibility and vocational rehabilitation needs** means, to determine whether an individual is eligible for vocational rehabilitation services; and to the extent additional data is necessary to make such determination, a preliminary assessment of such data, including the provision of goods and services during such assessment; to the extent additional data is necessary, a comprehensive assessment, including the administration of the assessment, of the unique strengths, resources, priorities, interests and needs, including the need for supported employment, of an eligible individual to make a determination of the goals, objectives, nature and scope of vocational rehabilitation services to be included in the individualized written rehabilitation program of the individual, which comprehensive assessment is limited to information that is necessary to identify the rehabilitation needs of the

11

1   individual to develop the rehabilitation program of the individual; uses, as
2   a primary source of such information, to the maximum extent possible and
3   appropriate and in accordance with confidentiality requirements - existing
4   information; and such information as can be provided by the individual
5   and , where appropriate, by the family of the individual; may include, to
6   the degree needed to make such a determination, an assessment of the
7   personality, interests, interpersonal skills, intelligence and related
8   functional capacities, educational achievements, work experience,
9   vocational aptitudes, personal and social adjustments and employment
10  opportunities of the individual, and the medical, psychiatric, psychological
11  and other pertinent vocational, educational, cultural, social, recreational
12  and environmental factors, that affect the employment and rehabilitation
13  needs of the individual and may include an appraisal of the patterns of
14  work behavior of the individual and services needed for the individual to
15  acquire occupational skills, and to develop work attitudes, work for
16  successful job performance, including the utilization of work in real job
17  situations to assess and develop the capacities of the individual to perform
18  adequately in a work environment; and referral; the provision of
19  vocational rehabilitation services to an individual for a total period not in
20  excess of eighteen (18) months for the limited purpose of making
21  determinations regarding whether an individual is eligible for vocational
22  rehabilitation services and regarding the nature and scope of vocational
23  rehabilitation services needed for such individual; and an assessment at
24  least once every ninety (90) day period during which such services are
25  provided, of the results of the provision of such services to an individual to
26  ascertain whether any of the  determinations described may be made.

12

(j)  **State** means any one of the several states, territories or possessions of the United States.

(k)  **Community Rehabilitation Program** means a program that provides directly or facilitates the provision of vocational rehabilitation services to individuals with disabilities, and that provides, singly or in combination, for an individual with a disability to enable the individuals to maximize opportunities for employment, including career advancement:

(1)  Comprehensive rehabilitation services which shall include, under one management, medical, psychological, social, and vocational services.

(2)  Testing, fitting or training in the use of prosthetic and orthotic devices.

(3)  Recreation therapy.

(4)  Physical and occupational therapy.

(5)  Speech, language and hearing therapy.

(6)  Psychiatric, psychological and social services.

(7)  Personal and work adjustment.

(8)  Vocational training, in combination with other rehabilitation services.

(9)  Evaluation or control of special disabilities.

(10)  Assessment for determining eligibility and vocational needs, including evaluation for supported employment, development, and placement in jobs.

(11)  Development of, and placement in jobs.

(12)  Job coaching services to enable a person with disabilities to obtain or maintain supported or competitive employment.

13

(13)   Extended employment for persons with severe disabilities who cannot be readily absorbed into the competitive labor market.

(14)   Personal assistance services.

(l)   **Vocational Rehabilitation Services** when provided to and individual means any one or any combination of the following services:

(1)   an assessment for determining eligibility and vocational rehabilitation needs by qualified personnel, including, if appropriate, assessment by personnel skilled in rehabilitation technology;

(2)   counseling, guidance, and work-related placement services for individuals with disabilities, including job search assistance, placement assistance, job retention services, personal assistance services and follow-up, follow-along, and specific post employment services necessary to assist such individuals to maintain, regain or advance in employment;

(3)   vocational and other training services for individuals with disabilities, which shall include personal and vocational adjustment, books or other training materials, and such services to the families of such individuals as are necessary to the adjustment or rehabilitation of such individuals, except that no training services in institutions of higher education shall be paid for with basic support Federal funds unless maximum efforts have been made to secure grant assistance, in whole or in part, from other sources to pay for such training;

(4)   physical and mental restoration services, including, but not limited to,

(a)   corrective surgery or therapeutic treatment necessary to correct or substantially modify a physical or mental condition which is stable or slowly progressive and constitutes

14

an impediment to employment, but is of such nature that such correction or modification may reasonably be expected to eliminate or reduce such impediment to employment within a reasonable length of time,

    (b)    prosthetic and orthotic devices,

    (c)    eyeglasses and visual services, as prescribed by qualified personnel under Guam licensure laws,

    (d)    special services, including transplantation and dialysis, artificial kidneys and supplies necessary for the treatment of individuals with end-stage renal disease, and

    (e)    diagnosis and treatment for mental and emotional disorders by qualified personnel under Guam licensure laws;

(5)    maintenance for costs incurred while participating in rehabilitation;

(6)    interpreter services for individuals who are deaf, and reader services for those individuals determined to be blind after an examination by qualified personnel under Guam licensure laws;

(7)    recruitment and training services for individuals with disabilities to provide them with new employment opportunities in the fields of rehabilitation, health, welfare, public safety and law enforcement, and other appropriate service employment;

(8)    rehabilitation teaching services and orientation and mobility services for individuals who are blind;

(9)    occupational licenses, tools, equipment and initial stocks and supplies;

(10)    transportation in connection with the rendering of any vocational rehabilitation service;

15

(11)  telecommunication, sensory and other technological aids and devices;

(12)  rehabilitation technology services;

(13)  referral and other services designed to assist individuals with disabilities in securing needed services from other agencies through agreements developed, if such services are not available under the Rehabilitation Act of 1973, as amended;

(14)  transition services that promote or facilitate the accomplishment of long-term rehabilitation goals and intermediate rehabilitation objectives;

(15)  on-the-job training or other related personal assistance services provided while an individual with a disability is receiving vocational rehabilitation services;

(16)  supported employment services; and

(17)  vocational rehabilitation services, when provided for the benefit of groups of individuals, may also include the following:

    (i)  in the case of any type of small business operated by individuals with the most severe disabilities, the operation of which can be improved by management services and supervision provided by the Department, the provision of such services and supervision, along or together with the acquisition of equipment and initial stocks and supplies;

    (ii)  the establishment, development, or improvement of community rehabilitation programs, including under special circumstances, the construction of a facility, and the provision of other services, including

16

services offered at community rehabilitation programs, which promise to contribute substantially to the rehabilitation of a group of individuals, but which are not related directly to the individualized rehabilitation written program of any one individual with a disability. Such programs shall be used to provide services that promote integration and competitive employment;

(iii) use of existing telecommunications systems, including telephone, television, satellite, radio, and other similar systems, which have the potential for substantially improving service delivery methods, and the development of appropriate programming to meet the particular needs of individuals with disabilities;

(iv) the use of services providing recorded material for individuals who are blind and captioned films or video cassettes for individuals who are deaf; and

(v) technical assistance and support services to businesses that are subject to Title I of the Americans with Disabilities Act of 1990 (42 U.S.C. §12111 *et seq.*) and that are seeking to employ individuals with disabilities.

(m) **Designated State Unit or State Vocational Rehabilitation Agency** means the designated state unit, which is the Division of Vocational Rehabilitation (DVR), designated to develop and administer the State Plan for Vocational Rehabilitation Services.

17

(n) **State Plan** means the annual State Plan for Vocational Rehabilitation Services, or the vocational rehabilitation services part of a consolidated rehabilitation plan for vocational rehabilitation. In order to be eligible to participate in programs under the Rehabilitation Act of 1973, as amended, the Division shall submit to the Commissioner of Region IX, USDOE/Rehabilitation Services Administration a plan for vocational rehabilitation services for a three (3) year period, or shall submit the plan on such date, and at such regular intervals, as may be determined to be appropriate to coincide with the intervals at which the Division submits state plans under other Federal laws, such as part B of the Individuals with Disabilities Education Act (20 U.S.C. §1411 *et seq.*).

(o) **Individualized written rehabilitation program** shall do all of the following:

(1) Be designed to achieve the employment objective of the individual, consistent with the unique strengths resources, priorities, concerns, abilities and capabilities of the individual, and to the maximum extent appropriate, to include placement in integrated settings.

(2) Be jointly developed and agreed upon by the eligible individual, or when appropriate, the individual's parent, family member, guardian, advocate or authorized representative, and DVR. In developing the program, DVR shall inform the individual about and involve the individual in choosing among alternative goals, objectives, available services, entities providing the services and the methods used to provide or procure the services.

(3) Contain all of the information required by Federal law and regulations, including a statement of the specific vocational

18

goods and services to be provided, and the terms and conditions under which available goods and services will be provided, to the extent Federal funds are available, to the individual in the most integrated setting.

       (4)  An individual is eligible for assistance consistent with the approved state plan.

  (p) **Assistive Technology Service** means any service that directly assists an individual with a disability in the selection, acquisition, or use of an assistive technology device; including:

     (i)  the evaluation of the needs of an individual with a disability, including a functional evaluation of the individual in his or her customary environment or work place;

    (ii)  purchasing, leasing, or otherwise providing for the acquisition by an individual with a disability of an assistive technology device;

   (iii) selecting, designing, fitting, customizing, adapting, applying, maintaining, repairing, or replacing assistive technology devices;

   (iv) coordinating and using other therapies, interventions, or services with assistive technology devices, such as those associated with existing education and rehabilitation plans and programs;

    (v) training or technical assistance for an individual with a disability or, if appropriate, the family members, guardians, advocates, or authorized representatives of the individual; and

   (vi) training or technical assistance for professionals (including individuals providing education and rehabilitation services),

19

employers, or others who provide services to, employ, or are otherwise substantially involved in the major life functions of individuals with disabilities, to the extent that training or technical assistance is necessary to the achievement of an employment outcome by an individual with a disability.

(q) **Comparable Services and Benefits** means services and benefits that are:

(i) provided or paid for, in whole or in part, by other Federal or Local public agencies, by health insurance, or by employee benefits;

(ii) available to the individual within a reasonable period of time; and

(iii) commensurate to the services that the individual would otherwise receive from the Division.

(r) **Competitive Employment** means work:

(i) in the competitive labor market that is performed on a full-time or part-time basis in an integrated setting; and

(ii) for which an individual is compensated at or above the minimum wage, but not less than the prevailing wage for the same or similar work in the local community performed by individuals who are not disabled.

(s) **Employment Outcome** means, with respect to an individual, entering or retaining full-time or, if appropriate, part-time competitive employment in the integrated work setting to the greatest extent practicable; supported employment; or any other type of employment that is consistent with an individual's strengths, resources, priorities, concerns, abilities, capabilities, interests and informed choice.

20

(t) **Extended Employment** means work in a non-integrated or sheltered setting for a public or private nonprofit agency or organization that provides compensation in accordance with the Fair Labor Standards Act, and any needed support services to a person with a disability to enable the individual to continue to train or otherwise prepare for competitive employment, unless the individual through informed chooses to remain in extended employment.

(u) **Integrated Setting** , with respect to the provision of services or an employment outcome, means a setting typically found in the community in which applicants or eligible individuals have the opportunity to interact on a regular basis with non-disabled individuals other than non-disabled individuals who are providing services to those applicants or eligible individuals.

(v) **Maintenance** means monetary support provided to an eligible individual or an individual receiving extended evaluation services for those living expenses, such as food, shelter and clothing, that are excess of the normal living expenses of the individual and that are necessitated by the individual's participation in a program of vocational rehabilitation services.

(w) **Personal Assistance Services** means a range of services provided by one or more persons designed to assist an individual with a disability to perform daily living activities on or off the job that the individual would typically perform without assistance if the individual did not have a disability. The services must be necessary to the achievement of an employment outcome and may be provided only while the individual is receiving other vocational rehabilitation services. The services may

21

include training in managing, supervising and directing personal assistance services.

(x) **Physical and Mental Restoration Services** means corrective surgery or therapeutic treatment that is likely, within a reasonable period of time, to correct or modify substantially a stable or slowly progressive physical or mental impairment that constitutes a substantial impediment to employment.

(y) **Transitional Employment** as used in the definition supported employment, means a series of temporary job placements in competitive work in integrated settings with ongoing support services for individuals with the most severe disabilities due to mental illness. In transitional employment, the provision of ongoing support services must include continuing sequential job placements until job permanency is achieved.

§41203. **Administration.**

(a) All executive and administrative functions of DVR are vested in the Administrator, who is the ex-officio non-voting member of the RAC. The Administrator's salary and benefits shall be established in accordance with 4 GCA government of Guam Unified Pay Schedule.

(b) The authority and responsibility of the Administrator shall include the following:

(1) to see that all rules and regulations of DVR are enforced;

(2) to attend all scheduled meetings of RAC and submit a quarterly written report on the affairs of the Division with data and in a format requested by the Council of the affairs, needs and immediate problems of DVR on the issues requested by RAC as defined the Vocational Rehabilitation Act;

(3) to keep the RAC informed of the needs of the Division;

22

(4)    to devote his or her entire time to the business of the DVR;

(5)    to plan, organize, coordinate and control the services of such employees as to achieve the goals of DVR;

(6)    will address the current and projected vocational rehabilitation services personnel training needs for DVR;

(7)    provide for the coordination and facilitation of efforts between DVR and institutions of higher education and professional associations to recruit, prepare and retain qualified personnel, including personnel from minority backgrounds, and personnel who are individuals with disabilities;

(8)    responsible for the implementation of agreements with the operators of community rehabilitation programs for the provision of services for the rehabilitation of individuals with disabilities;

(9)    provide that special consideration will be given to the rehabilitation under the Rehabilitation Act of 1973, as amended, of a person with a disability whose disability was sustained in the line of duty while such individual was performing as a public safety officer, if the proximate cause of such disability was a criminal act or hazardous condition resulting directly from the officer's performance of duties in direct connection with the enforcement, execution and administration of law or fire prevention, fire fighting or related public safety activities if there is an approved order of selection plan;

(10)   provide outreach procedures to identify and serve persons with disabilities who are minorities and persons with

23

disabilities, who have been unserved or underserved by the vocational rehabilitation system;

(11) provide services designed to promote supported employment, independent living and community participation;

(12) provide that DVR has the authority to enter into contracts with profitmaking organizations for the purpose or providing on-the-job training and related programs for persons with disabilities under Part B of Title VI of the Rehabilitation Act of 1973, as amended, upon a determination by the Division that such profit making organizations are better qualified to provide such rehabilitation services than nonprofit agencies and organizations;

(13) develop and implement a strategic plan for expanding and improving vocational rehabilitation services for persons with disabilities;

(14) seek and seriously consider on a regular and ongoing basis advice from the RAC regarding the development and implementation of the state plan and the strategic plan and amendments to the plans, and other policies and procedures of general applicability pertaining to the provision of vocational rehabilitation services in Guam. Copies of the aforementioned items must be submitted to RAC two (2) months prior to submission to the Guam State Clearinghouse, Federal agency(ies) or the public;

(15) cooperate with the Federal government in carrying out the purpose of any Federal statute pertaining to vocational rehabilitation;

24