(16)   adopt the Rehabilitation Act of 1973, as amended in 1992, and any future amendments thereof, in administering vocational rehabilitation services.

**§41204.   Rehabilitation Advisory Council (RAC) for Division of Vocational Rehabilitation (DVR).**

(a)  Pursuant to Federal law, there is a Rehabilitation Advisory Council (RAC), that shall advise and assist the Administrator after soliciting recommendations from representatives of organizations representing a broad range of individuals with disabilities and organizations interested in individuals with disabilities in carrying out the vocational rehabilitation provisions of DVR.

(b)  **Composition.**  The Administrator will submit nominations for membership of RAC for approval by the Governor and shall be composed of the representatives specified in the Vocational Rehabilitation Act, as amended. The members shall include:

(1)   At least one (1) representative of the Statewide Council on    Independent Living which representative may be the Chairperson;

(2)   At least one (1) representative of a parent training and information center;

(3)   At least one (1) representative of the Client Assistance Program;

(4)   At least one (1) vocational rehabilitation counselor with knowledge of and experience with vocational rehabilitation programs, who shall serve as an ex-officio, nonvoting member if employed by the Division of Vocational Rehabilitation (DVR);

(5)  At least one (1) representative of community rehabilitation program service providers;

(6)  At least four (4) representatives of business, industry, and labor;

(7)  Representatives of disability advocacy groups representing a cross section of individuals with physical, cognitive, sensory and mental disabilities, and parents, family members, guardians, advocates or authorized representatives of individuals with disabilities who have difficulty in representing themselves or are unable due to their disabilities to represent themselves;

(8)  Current or former applicants for, or recipients of, vocational rehabilitation services; and

(9)  The Administrator of DVR, who shall be an ex-officio non-voting member.

(c)  A majority of the council members shall be persons who have disabilities and are not employed by DVR. The RAC members shall elect a chairperson from the membership. Each member of the RAC shall serve a three-year term, but may not serve more than two (2) consecutive full terms. Terms shall be staggered.

§41205.  **Rehabilitation Advisory Council (RAC) Function**. The RAC shall provide technical assistance and advise DVR on eligibility, order of selection, services provided, performance of DVR and other public and private entities. The RAC shall prepare and submit an annual report by November 30 for the previous fiscal year to the Governor of Guam on the status of the vocational rehabilitation programs within Guam and make the report available to the public.

§41206.  **Meetings**.

26

(a)   The RAC shall convene at least four (4) meetings a year to conduct RAC business that are publicly announced, open and accessible to the public, including individuals with disabilities; and

(b)   Conduct forums or hearings, as appropriate, that are publicly announced, open and accessible to the public, including individuals with disabilities.

§41207.   **Compensation.** Federal funds appropriated under Title I of the Rehabilitation Act, as amended, except funds to carry out Sections 112 and 130 of the Act, may be used to compensate and reimburse the expenses of the RAC members in accordance with Section 105(g) of the Rehabilitation Act, as amended. The RAC shall serve with compensation and shall be reimbursed for reasonable expenses, including travel expenses, necessary for the performance of their duties.

§41208.   **Establishment of a Community Rehabilitation Program.**

The establishment of a community rehabilitation program means the acquisition, expansion, remodeling or alteration of existing buildings necessary to adapt them to community rehabilitation program purposes or to increase their effectiveness for such purposes, subject, however, to such limitations as the Federal government, or the Administrator, may, by regulation, prescribe in order to prevent impairment of the objectives of, or duplication of, other laws providing assistance in the construction of such facilities for community rehabilitation programs and may include additional equipment and staffing permitted by Federal law or regulation.

(a)   It is the purpose of this Chapter to extend the opportunities for eligible individuals with disabilities for employment through encouragement of local communities to develop rehabilitation programs and to provide Guam with information concerning their effectiveness in

27

providing employment and rehabilitation services to individuals with disabilities.

(b)  DVR may provide consultative services to organizations in the establishment and operation of community rehabilitation programs for individuals with disabilities.  These consultative service shall include the bringing together of persons interested in the established community rehabilitation programs, surveying community needs, securing the cooperation of other community agencies, planning methods of financing, securing work contracts, establishing professional standards and maintaining of appropriate records.

(c)  DVR may contract with qualified persons or firms for consultation in such technical fields as accounting, engineering and sales so that the directors and governing bodies of the community rehabilitation programs may be advised as to the desirability of any undertaking, and the best methods of achieving their objectives.

(d)  It is the intent of DVR to encourage the local government agencies and  departments to purchase products manufactured by and services provided by public or private nonprofit Guam corporations operating workshops serving persons with disabilities whenever it is feasible to do so, and the proximity of the public or private nonprofit Guam corporations operating workshops serving individuals with disabilities makes the purchases reasonably convenient, and to provide equality of competitive advantage for organizations operating workshops for persons with disabilities and organizations operating workshops for individuals who are blind.

(e)  Any local government agencies or departments may, without advertising or calling for bids, purchase materials and supplies

28

manufactured and services provided by public or private nonprofit Guam corporations operating community rehabilitation programs serving persons with disabilities who have indicated an interest in supplying those goods and services and may, on an equitable basis apportion the business among the interested community rehabilitation programs, provided the goods or services meet the specifications and needs of the purchasing agency or department and are purchased at a fair market price, as determined by General Services Agency and provided that the public or private nonprofit Guam corporations comply with all of the following requirements:

(1)     Contract work obtained under this Section shall be performed by a labor force which is comprised primarily of persons with disabilities, as measured by the percentage of person-hours of direct labor devoted to the contract work.

(2)     For purposes of this Paragraph, "primarily" means seventy-five percent (75%) or greater.

(3)     Agree to make those elections permitted of any nonprofit corporation under the Federal Insurance Contributions Act and the Guam Unemployment Insurance Code in order to provide social security and unemployment and disability benefits for its employees commencing with its first contract or purchase order under this Section and continuing thereafter. In the event that the nonprofit corporation ceases to provide those benefits, any existing contract or purchase order under this Section with the corporation is terminated, and no further contracts or purchase orders shall be awarded to that corporation for the period of two (2) years after the corporation ceases to provide benefits. For the purpose of this

29

Subdivision, a person with a disability shall be considered an employee when performing productive work.

(4) Provide in its articles of incorporation that at least two (2) of the directors of its board of directors shall be comprised of persons with disabilities or the parents, guardians or conservators of persons with disabilities. Directors who are also employees of the nonprofit corporation shall not participate in, or be present at discussions of, the board of directors concerned with labor-management contract negotiations.

(5) Provide for employees with disabilities of the nonprofit corporation benefits and other employer-employee agreements substantially equal to those benefits and agreements entered into between each nonprofit corporation and the representatives designated by a majority of the employees.

(6) Not commit any unfair labor practices as defined in Section 8(a) of the National Labor Relations Act.

(7) Abide by the provisions of the Federal Fair Labor Standards Act, the Walsh-Healy Public Contract Act, the Wagner O Day Act, and the regulations of the government of Guam Department of Labor.

§41209.   **Independent Living Services.**

(a)    DVR may establish and enter into contracts not to exceed three (3) years per contractual period, a nonprofit corporation qualified to provide independent living services.   In the event that no nonprofit corporations exist or there are no bid requests from a nonprofit corporation, the contract may be opened to the general public.

(b) DVR shall implement the Independent Living Services consistent with the approved Independent Living State Plan.

§41210.   **Employment of Individuals with Severe Disabilities.**

30

(a)  Departments and agencies of the government of Guam shall adopt departmental rules and regulations for the hiring of individuals with severe disabilities. Such rules shall include the granting of preference credits allowed under 4 GCA §4104.

(i)  **Eligibility Procedures.**  An individual with a severe disability is considered to meet the seven hundred (700) hour program eligibility criteria when an appropriate certification is received from a Vocational Rehabilitation counselor.  This certification will be based on knowledge of the jobsite by the counselor and will relate to a specific position. The certification must state that in the counselor's judgment the proposed applicant for the position has the minimum skills and ability to perform the duties of the position and is capable to perform the work without hazard to himself/herself or to others.

(ii)  The Certification must be supported by a report of a medical examination that fully reflects the nature and extent of the disability and a narrative statement from a Guam-licensed medical provider that documents:

(1)  ability of the proposed applicant to do the job, based on the recommended need for a job coach;

(2)  recommendations of job modifications, if needed;

(3)  recommendations for work-site modifications, if needed;

(4)  limitations of the proposed applicant which would affect work in the job situation (modified work schedules, flexible leave policies, acquisition or modification of equipment and/or devices);

31

(5)   other information concerning the proposed applicant which would be helpful in assuring a successful placement.

(b)   Government of Guam departments and/or agencies shall employ at least two percent (2%) of the work force or two (2) individuals with severe disabilities, whichever is greater and certified by the Division of Vocational Rehabilitation (DVR).   Such employment shall be on a temporary, limited-term employment not to exceed a total of seven hundred (700) hours for that particular fiscal year.   The Division of Vocational Rehabilitation shall monitor compliance by the departments and/or agencies.

(c)   Government of Guam departments and/or agencies shall consult with the Administrator of the Division of Vocational Rehabilitation to advise them of which individuals with severe disabilities meet the eligibility criteria.   The Division of Vocational Rehabilitation shall maintain a listing of those individuals and their capabilities for reference by the department and/or agency.

(d)   Government of Guam departments and/or agencies cannot use standards, criteria or other methods of administration have the effect of discrimination on the basis of disability, may not use employment tests or other selection criteria that tend to screen out individuals with disabilities unless the test is related to the job and consistent with government needs, must select and administer employment to individuals with severe disabilities so that they accurately reflect the skills, aptitude and other features they purport to measure.

32

(e)   Government of Guam departments and/or agencies should provide reasonable accommodations to an individual with severe disabilities:

(i)   making existing facilities used by employees readily accessible to persons with disabilities; and

(ii)   job restructuring; flexible work schedules; acquisition or modifications of equipment or devices; modification of examinations; training materials or policies; and similar accommodations for individuals with severe disabilities.

(f)   Provisions of this Section shall only apply to all new applicants of the seven hundred (700) hour program upon the enactment of this Act. Participants of the seven hundred (700) hour program prior to this Act's enactment who have been determined having satisfactory peformance, either prior to or after the expiration of the seven hundred (700) hours appointment, the position occupied by a person with a disability shall be converted to permanent employment.

§41211.   **Misuse of Lists and Records.** It shall be unlawful, except for purposes directly connected with the administration of the Vocational Rehabilitation Program, and in accordance with applicable rules and regulations, for any person to solicit, disclose, receive, make use of, authorize, knowingly permit, participate in or acquiesce in, the use of any name of or any information concerning a person applying for or receiving vocational rehabilitation directly or indirectly derived from the records, papers, files or communications of the Council or Division thereof acquired in the course of performance of official duties. Any violation of this Section shall be a misdemeanor.

**Article 3**

33

§41301.   **Division.**  There is a division within the "The Department of Integrated Services for Individuals with Disabilities (DISID)," entitled "Division of Support Services for Individuals with Disabilities (DSSID)," and shall be responsible for the development of  a community service delivery system which includes design, implement, administer, coordinate, monitor and evaluate the programs and services of the division for persons with disabilities.  DSSID shall not duplicate services already available in the community through local and Federal funding or nonprofit organizations.

§41302.   **Definitions.**

(a)   **"Active Services"** means provision of services as specified in an individualized service plan.  These services may include, but not limited to, activities, experiences and therapy which are part of a professionally developed and supervised program of health, social, habilitative and developmental services.

(b)   **"Case Management"** means services to persons with disabilities that assist in gaining access to need social, medical , legal, educational and other services, and includes:

(1)   Follow along services which assure, through a continuing relationship between an agency or provider and a person with a disability and the individual's parent, if the individual is a minor, or guardian, if a guardian  has been appointed for the purpose, that the changing needs of the individual and the family are recognized and appropriately met.

(2)   Coordinating and monitoring services provided to persons with disabilities by two (2) or more persons, organizations or

34

agencies that are qualified or eligible under other case management programs.

(3) Providing information to persons with disabilities about availability of services and assisting the persons in obtaining the services.

(c) **"Division"** means the Division of Support Services for Individuals with Disabilities (DSSID).

(d) **"Individual with a Disability"** means any individual who:

(1) Has a physical or mental impairment (a) that substantially limits one or more of the major life activities of such individual; (b) a record of such an impairment; or (c) being regarded as having such an impairment.

(e) **"Administrator"** means the Administrator of Division of Support Services for Individuals with Disabilities (DSSID) who shall be an ex-officio, non-voting member of the Division of Support Services for Individuals with Disabilities Council (DSSID). The Administrator must have at least a bachelors degree in Special Education or Social Work or related subjects and at least four (4) years of experience in community services dealing with persons with disabilities, of which two (2) years shall be administrative. The position shall be of the classified service of the government of Guam. The position Classification Standard and Compensation shall be established by the Civil Service Commission.

(f) **"Habilitation"** means the process by which the staff of an agency assists an individual to cope more effectively with the demands of his or her own person and environment and to raise the level of his or her physical, mental and social functioning. Habilitation includes, but is not limited to, programs of formal structured education and treatment.

35

(g) **"Individualized service plan"** means the written plan for required in Section 41305.

(h) **"Individually appropriate"** means responsive to the needs of the individual, as determined through interdisciplinary assessment and provided pursuant to an individualized service plan.

(i) **"Interdisciplinary team"** means a group of persons that is drawn from or represents those professions, disciplines or service areas that are relevant to identifying an individual's needs and designing a program to meet them, and is responsible for evaluating the individual's needs, developing an individual program plan to meet them, periodically reviewing the individual's response to the plan, and revising the plan accordingly. A complete team includes the individual receiving the service, unless clearly unable to participate; the individual's family, unless their participation has been determined to be inappropriate; those persons who work most directly with the individual each of the professions, disciplines or service areas that provide service to the individual, including direct-care or direct-contact staff; and any other persons whose participation is relevant to identifying the needs of the individual and devising ways to meet them.

(j) **"Least restrictive"** means the least intrusive and least disruptive intervention into the life of an individual with a disability that represents the least departure from normal patterns of living that can be effective in meeting the person's developmental needs.

(k) **"Inclusive environment"** means that environment that represents the least departure from normal patterns of living that can be effective in meeting the individual's needs.

36

(l)  **"Monitor"** means to conduct a systematic, coordinated, objective, qualitative review of services provided by any person, agency or organization.

(m)  **"Representative"** means any individual who can advise and advocate for an individual with disabilities, who shall serve at the request and pleasure of such person; provided, that if the person with disabilities is a minor or is legally incapacitated.

(n)  **"Residence" or "residential"** means the living space occupied by the individual with a disability, including single-person homes, natural family homes, care homes,  group homes, foster homes, institutional facilities and all other types of living arrangements.

(o)  **"Services"** means appropriate assistance provided to an individual with a disability, individually appropriate environment to provide for basic living arrangements and continuing development of independence or interdependent living skills of the person.  These services include, but are not restricted to: case management, medical, education, assistive technology, advocacy, residential, developmental and vocational support; training; active services; day treatment; day activity; respite care; domestic assistance; attendant care; rehabilitation; speech, physical occupational and recreational therapy; recreational opportunities; counseling, including counseling to the person's family, guardian or other appropriate representative; development of language and communications skills; interpretation; transportation and equipment, and other related services.

(p)  **"Respite Care"** means in-home or out-of-home temporary, non-medical support for families with individuals with disabilities,

37

§41303. **Administration.** (a) All executive and administrative functions of DSSID are vested in the Administrator, who is the ex-officio non-voting member of the DSSIDC. The Administrator's salary and benefits shall be established in accordance with 4 GCA Government of Guam Unified Pay Schedule.

(b) The authority and responsibility of the Administrator shall include the following:

(1) to see that all rules and regulations of DSSID are enforced;

(2) to attend all scheduled meetings of the DSSIDC and submit a general report of the affairs of DSSID;

(3) to keep the DSSIDC advised of the needs of the DSSID;

(4) to devote his or her entire time to the business of the DSSID;

(5) to plan, organize, coordinate and control the services of such employees as to achieve the goals of the DSSID;

(6) will address the current and projected personnel training needs for the DSSID;

(7) provide for the coordination and facilitation of efforts between DCSID and institutions of higher education and professional associations to recruit, prepare and retain qualified personnel, including personnel from minority backgrounds, and personnel who are individuals with disabilities;

(8) provide (as appropriate) for entering into agreements with the operators of community habilitation programs for the provision of services for the habilitation of individuals with disabilities;

38

(9)    provide outreach procedures to identify and serve persons with disabilities who are minorities and persons with disabilities who have been unserved or underserved;

(10)    develop and implement a strategic plan for expanding and improving community services for persons with disabilities; and

(11)    seek and seriously consider on a regular and ongoing basis advice from the DSSIDC regarding the goals and strategic plans developed for the Division;

§41304.    Community Services for Persons with Disabilities System.

(a)    DSSID shall develop and administer a comprehensive system of programs and services for individuals with disabilities within the limits of local and Federal resources allocated or available for purposes of this Chapter. DSSIDC responsibility for individuals with disabilities shall be under one administrative unit for the purpose of coordination, monitoring, evaluation and delivery of services.

(b)    DSSID shall ensure the provision of an array of appropriate services and care to individuals with disabilities through the utilization of existing resources within the community, through coordination with programs and services provided under other Federal and local programs and through specific funding when no other resources are available. DSSID shall not supplant or duplicate services provided by other Federal or local programs.

(c)    Programs of DSSID may include, but not limited to,:

(1)    referral for evaluation of persons with disabilities;

(2)    development, planning and implementation in coordination with other Federal or local agencies of service programs for persons with disabilities;

39

(3)    development and provision of service programs in the public or private sectors for persons with disabilities;

(4)    establishment of a continuum of comprehensive services and residential alternatives in the community so as to allow individuals with disabilities to live in the least restrictive, individually appropriate environment;

(5)    development and implementation of a program for single entry access by individuals with disabilities for services provided in the private sector or other Federal or local programs, including case management and development of an individualized service plan by an interdisciplinary team;

(6)    Collaborative and cooperative services with public health and other groups for programs of prevention of disabilities;

(7)    Informational and educational services to the general public and to lay and professional groups;

(8)    Consultative services to the judicial branch of government, to educational institutions and to health and welfare agencies whether such agencies are public or private;

(9)    Provision of community residential alternatives for persons with disabilities, including group homes; and

(10)   Provision of other programs, services or facilities necessary to provide a continuum of care for persons with disabilities.

§41305.   **Application and Assessment for Services; Individualized Service Plans.**

(a)    DSSID shall develop and administer an application and assessment system for persons with disabilities.  If DSSID determines that

40

1  the person is eligible for services under this Chapter within the limits of
2  Federal or local resources available for the purposes of this Chapter, an
3  individualized service plan for the person shall be prepared within thirty
4  (30) days by an interdisciplinary team for the person and DCSID may
5  provide case management services to the person. DSSID will provide for
6  an annual review and update of plan.

7      (b)    The procedure for assessment of the person and elements of
8  the individualized service plan shall be as described in policies and
9  procedures adopted by DSSID. The individualized service plan shall be in
10  writing and shall include, at a minimum, the nature of the needs of the
11  person, goals and specific services to be offered to the person to attain
12  these goals.

13      §41306.   **Provision of Services.**  Based upon the individualized
14  service plan, DSSID shall, as may be required, refer the person to services
15  provided by DSSID under this Chapter to services provided under other
16  Federal or local laws, or to services provided by appropriately licensed
17  private agencies.

18      §41307.   **Duties of DSSID.**  The Division of Support Services for
19  Individuals with Disabilities (DSSID) with approval by the Director of
20  "The Department of Integrated Services for Individuals with Disabilities"
21  (DISID), and recommended by the Division of Support Services for
22  Individuals with Disabilities Council (DSSIDC), shall develop policies and
23  procedures which shall include, but not limited to,:

24      (a)    Establishment of eligibility requirements for participation in
25  services provided under this Chapter.

26      (b)    Establishment of standards of transfer from one facility to
27  another.

41

(c)     Provision for the involvement of the individual and where appropriate, the parents, guardian, or other representatives of the individual in the determination of eligibility under this Chapter, the preparation of the individual's individualized service plan and the selection or rejection of services under this Chapter.

(d)     Protection and enhancement of the rights of individuals receiving or applying for services under this Chapter, including the right to privacy and confidentiality.

(e)     Develop a case management program in coordinating and monitoring services to individuals with disabilities and follow-up services which assure, through a continuing relationship between an agency or provider that the changing needs of the individual and the family are recognized and appropriately met.

(f)     Implement procedures to provide contract management, which shall include quality assurance.

(g)     Other provisions required or appropriate to implement the purposes of this Chapter.

§41308.   **Establishment of Division of Support Services for Individuals with Disabilities Council (DSSIDC).**   (a) There is established an advisory council entitled "Division of Support Services for Individuals with Disabilities Council" (DSSIDC) to be composed of fifteen (15) members to be appointed by the Governor.  Eight (8) members shall be appointed for two (2) year terms, and seven (7) members shall be appointed for four (4) years. No member shall serve more than two (2) consecutive terms. All members shall serve, in addition to their regular term, until their successors are appointed.  Members of the DSSIDC  will be appointed within sixty (60) days of enactment of this Act.

42

(b) The terms of the appointment and the terms of the members shall be rotated so that no more than three (3) members' terms shall expire each year.

(c) Any vacancy in the membership of the Council shall be filled for the period of the unexpired term in the same manner as was the original appointment.

(d) Council members shall serve without compensation; except that each member shall be paid a per diem of Fifty Dollars ($50.00) for each day of attendance at a meeting of the Council, such compensation not to exceed One Hundred Dollars ($100.00) per month.

§41309. **Composition of the Division of Support Services for Individuals with Disabilities Council (DSSIDC).** (a) The members of the DSSIDC shall include: the Director of the Developmental Disabilities Council or his/her designee, the Director of the Department of Education or his/her designee, the Director of the Department of Public Health & Social Services or his/her designee, the Director of the Department of Mental Health & Substance Abuse or his/her designee, the Executive Director of Protection and Advocacy System or his/her designee, the Director of the University Affiliated Program or his/her designee, (1) representatives from nonprofit organizations that provide services to persons with disabilities, one (1) representative from a parent/guardian with a dependent under the age of ten (10) with a disability, one (1) representative from a parent/guardian with a dependent between the ages of 11-18 with a disability, and one (1) representative from a parent/guardian with a dependent over the age of eighteen (18) with a disability (as defined in Article 3, Section 41302(d)), (5) representatives from the community who have varying disabilities.

43

(b) **Removal of DSSIDC Member.** The Governor may remove any member from the DSSIDC for cause including, but not limited to, neglect of any duty required by law, incompetence, unprofessional conduct or willful misconduct. A member subject to disciplinary proceedings shall disqualify himself/herself from the DSSIDC business until the charge(s) are adjudicated.

**§41310. Powers of the Division of Support Services for Individuals with Disabilities Council (DSSIDC).** (a) The DSSIDC shall elect a chairperson, who shall be a representative from one of the consumer groups; a vice-chairperson and other officers as determined in its rules and regulations. The DSSIDC shall further determine in rules and regulations the number of DSSIDC meetings required and what constitutes a quorum to conduct its business. Members of the DSSIDC shall not hold membership on other Boards or Council in the territory that oversee issues with individuals with disabilities. The rules and regulations shall be promulgated by the DSSIDC in accordance with the Adjudication Act by October 1, 1997.

(b) Serve as a public advocate for individuals with disabilities by advising and making recommendations to the Administrator of DSSIDC on matters relating to individuals with disabilities.

(c) Participate in public education and awareness activities on the problems, needs, potentials and rights of the disabled persons through affirmative public education programs, including conferences, work-shops and forums.

(d) Seek improvements in existing programs and services and identify unmet needs of individuals with disabilities.

44

(e)    Initiate and maintain contact with public and private, local and national organizations, agencies and individuals generally engaging in activities relating to disabled persons, or otherwise interested in the general or specific well-being of the disabled.

(f)    Shall advise the Governor with recommendations for the appointment of the Director.

**Section 3. Repeal of P.L. 20-213.**    Public Law 20-213 is hereby repealed upon enactment of this Act.  The Governor shall utilize all funds, resources and staff of the Commission, for the purpose of facilitating the transition of DISID until September 30, 1997.

**Section 4.**    Title 5 GCA §50111(c) is hereby amended to read as follows:

(c)    A fund to be known as the Accessible Parking Fund is hereby created, separate and apart from any other fund of the government of Guam.    The Department of Integrated Services for Individuals with Disabilities shall maintain the fund, and shall utilize the fund for the purpose of ensuring community awareness regarding parking issues for individuals with disabilities, which shall include the monitoring and compliance of accessible parking for individuals with disabilities.

**Section 5.**    Title 16 GCA §§3401.1(e) and (h) are hereby amended to read as follows:

(e)    A violation of subsections (b), (c) or (d), of this Section shall be punished by a fine of not less than Three Hundred Dollars ($300.00) and nor more than Five Hundred Dollars ($500.00).    All fines are imposed by the court shall be deposited into the Accessible Parking Fund maintained by the Department of Integrated Services for Individuals with Disabilities pursuant to 5 GCA §50111(c).    Additionally, a vehicle which is illegally

45

1  parked pursuant to this Subsection may be towed, and the owner of the
2  vehicle shall be liable for reasonable towing expenses, which charges shall
3  constitute a lien against the offending vehicle.

4  (h)  **Private Persons Authorized to Issue Citations.**  Private Security
5  Personnel, and persons who are designated by the Department of
6  Integrated Services for Individuals with Disabilities and employed by
7  Nonprofit Organizations (NPOs) representing or serving people with
8  disabilities, are hereby authorized to issue citations to enforce the
9  provisions of this Act provided they obtain proper training in law
10  enforcement, as evidenced by a certificate of completion from an
11  accredited law enforcement academy or institute.  Citation forms may be
12  distributed by the Guam Police Department of use in the enforcement of
13  this Act.

14  **Section 6.  Transitional Time Line.**

15  (a)  The Division of Support Services for Individuals with
16  Disabilities Council (DSSIDC), upon appointment by the Governor within
17  sixty (60) days of enactment of this Act, shall be responsible for the
18  planning and transition of DISID. Other responsibilities shall include:

19  (1)  Develop a transitional plan for the October 1, 1997
20  implementation of DISID which shall include, but not limited to,:

21  (a)  the review of all programs budgeted and
22  appropriated by the Guam Legislature within the government
23  of Guam for inclusion into the Division of  Support Services
24  for Individuals with Disabilities (DSSID).  These existing
25  appropriations shall include, but not limited to,:  Respite Care
26  (DPHSS), Mary Clare Home (DMHSA), Independent Group
27  Home and Comprehensive Community Support Services

46

Program (DPHSS), Community Habilitation Program (DVR), Off-island Residential Placement Program, etc.;

(b)     make recommendations to the Governor to the selection and appointment of the Director of DISID;

(c)     work with the Civil Service Commission for the creation of the positions of the Director, Administrators for DVR and DSSID and personnel consistent with Title 4, Guam Code Annotated, the Uniform Position Classification and Salary Administration Act of 1991;

(d)     work with the Director of the Department of Vocational Rehabilitation for assistance with the transition into DISID as outlined in Section 2 of this Act;

(e)     Develop a budget for DISID which shall include personnel, supplies and capital expenditures for the Governor's approval by July, 1997 for implementation in FY97-98. This may include the transferring of personnel, supplies and expenditures within the government of Guam that administers various programs appropriate to be included into DISID.

**Section 7.**   Upon completion of the duties outlined in Section 6 of this Article, the DSSIDC members shall begin their duties and powers as outlined in §41311 in this Act.

**Section 8.   Severability.**   If any of the provisions of this Act of the application thereof to any person or circumstance are held invalid, such invalidity shall not affect any other provision or application of this Act, which can be given effect without the invalid provision or application, and to this end the provisions of this Act are severable.

47

**Section 9.  Effective Date.**

(1)  Section 2, Article 1 of this Act shall take effect on October 1, 1997.

(2)  The Department of Vocational Rehabilitation shall continue to function as described in Title 17, Chapter 41, until the repeal and reenactment as outlined in Section 2, Article 2 of this Act at which time shall take effect on October 1, 1997.

(3)  Section 2, Article 3 of this Act shall take effect on October 1, 1997 except for §41308 and §41309, which shall become effective upon enactment of this Act.

(4)  Sections 3, 4, 5, 6 and 7, 8 and 9 of this Act shall take effect upon enactment of this Act.

48