

Office of the Attorney General
Douglas B. Moylan
Attorney General of Guam
Solicitors Division
287 West O'Brien Drive
Hagåtña, Guam 96910 • USA
(671) 475-3324 • (671) 472-2493 (Fax)
www.guamattorneygeneral.com • guamattorneygeneral@hotmail.com

Attorneys for the People of Guam (Government of Guam)

FILED
DISTRICT COURT OF GUAM
OCT 31 2006
MARY L.M. MORAN
CLERK OF COURT

# UNITED STATES DISTRICT COURT
## DISTRICT OF GUAM

| | |
|---|---|
| J. C., <br><br> Plaintiff, <br><br> vs. <br><br> GREGORIO SALAS CALVO, in his official capacity as Deputy Director Department of Integrated Services for Individuals with Disabilities (DISID), and ROSANNE S. ADA, in her official capacity as Director of DISID, <br><br> Defendants. | Civil Case No. CIV 06-00031 <br><br> **NOTICE OF ENTRY OF APPEARANCE** |

The Office of Attorney General hereby notices its appearance as counsel of record in the above-captioned case on behalf of Defendants Gregorio Calvo and Rosanne Ada, sued herein in their official capacities as Deputy Director and Director, respectively, of the Department of Integrated Services for Individuals with Disabilities (DISID). All notices, correspondence and pleadings issued in the above-captioned case should be sent to:

////

////

Page 1
Notice of Entry of Appearance
District Court Civil Case No. CIV06-00031

1 | Philip D. Isaac, Assistant Attorney General, at the above address.

2 | Dated this 31st day of October, 2006

OFFICE OF THE ATTORNEY GENERAL
DOUGLAS B. MOYLAN, Attorney General

By: _____
PHILIP D. ISAAC
Assistant Attorney General
Attorneys for Defendants