Office of the Attorney General
Douglas B. Moylan
Attorney General of Guam
Solicitors Division
287 West O'Brien Drive
Hagåtña, Guam 96910 • USA
(671) 475-3324 • (671) 472-2493 (Fax)
www.guamattorneygeneral.com • guamattorneygeneral@hotmail.com

Attorneys for the People of Guam (Government of Guam)

FILED
DISTRICT COURT OF GUAM
OCT 3 1 2006
MARY L.M. MORAN
CLERK OF COURT

# UNITED STATES DISTRICT COURT
## DISTRICT OF GUAM

| | |
|---|---|
| J. C., <br><br> Plaintiff, <br><br> vs. <br><br> GREGORIO SALAS CALVO, in his official capacity as Deputy Director Department of Integrated Services for Individuals with Disabilities (DISID), and ROSANNE S. ADA, in her official capacity as Director of DISID, <br><br> Defendants. | Civil Case No. CIV 06-00031 <br><br><br><br> **AGREEMENT OF HEARING DATE** |

Pursuant to Local Rule 7.1, the parties hereby acknowledge the following:

1. I, Philip D. Isaac, am the attorney for the defendants in this matter. I contacted the pro se party plaintiff, to agree upon a date for oral argument of my Motion to Dismiss.

2. The pro se party is: J.C.

3. We agreed upon the following date: Last week of November, 2006 as may be convenient to the Court.

4. I called the Deputy Clerk of Court to ensure that the Court is available on the above date and was advised that pending resolution of administrative matters, a date could not be assigned at this time.

Dated this 31st day of October, 2006.

Attorney For Party Requesting Oral Argument

OFFICE OF THE ATTORNEY GENERAL
Douglas B. Moylan, Attorney General

By: _____
**PHILIP D. ISAAC**
Assistant Attorney General
Attorneys for Defendants