

Office of the Attorney General
Douglas B. Moylan
Attorney General of Guam
Solicitors Division
Guam Judicial Center, Suite 2-200E
287 West O'Brien Drive
Hagåtña, Guam 96910 • USA
(671) 475-3324 • (671) 477-3390 (Fax)
www.guamattorneygeneral.com • guamattorneygeneral@hotmail.com

Attorneys for the People of Guam (Government of Guam)

**FILED**
DISTRICT COURT OF GUAM
NOV - 1 2006
MARY L.M. MORAN
CLERK OF COURT

# UNITED STATES DISTRICT COURT
## DISTRICT OF GUAM

| | |
|---|---|
| J.C.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GREGORIO SALAS CALVO, in his official capacity as Deputy Director Department of Integrated Services for Individuals with Disabilities (DISID), and ROSANNE S. ADA, in her official capacity as Director of DISID,<br><br>　　　　Defendants | Civil Case No. CIV06-00031<br><br>**CERTIFICATE OF SERVICE** |

**I, FRANCISCO M. SANTOS,** hereby certifies that a true and correct copy of the following:

1) NOTICE OF ENTRY OF APPEARANCE, 2) DEFENDANTS' MOTION TO DISMISS AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF Federal Rules Civil Procedures 12(b)(6) (ORAL ARGUMENT REQUESTED), 3) AGREEMENT OF HEARING DATE, 4) NOTICE OF MOTION,

Page 1
*Certificate of Service*
Civil Case No. CIV06-00031

Case 1:06-cv-00031    Document 11    Filed 11/01/2006    Page 1 of 2

5) PROPOSED ORDER, 6) DECLARATION OF ROSANNE ADA IN SUPPORT OF MOTION TO DISMISS.

Was caused to be served via Hand Delivery on the 31st day of October, 2006, to the following:

| NAME | WHERE SERVED | DATE/TIME |
|---|---|---|
| J.C. | Guam Community College<br>Administration of Student Support Services Bldg,<br>1 Sesame Street, Mangilao Guam 96921 | 10/31/06 at 3:20pm |

Dated this 1st day of November, 2006.

_____
FRANCISCO M. SANTOS

Page 2
*Certificate of Service*
Civil Case No. CIV06-00031