

| | |
|---|---|
| 1 | Office of the Attorney General |
| 2 | Douglas B. Moylan<br>Attorney General of Guam |
| 3 | Solicitors Division<br>287 West O'Brien Drive |
| 4 | Hagåtña, Guam 96910 • USA<br>(671) 475-3324 • (671) 472-2493 (Fax) |
| 5 | www.guamattorneygeneral.com • guamattorneygeneral@hotmail.com |

**FILED**
DISTRICT COURT OF GUAM
NOV - 3 2006
MARY L.M. MORAN
CLERK OF COURT

Attorneys for the People of Guam (Government of Guam)

# UNITED STATES DISTRICT COURT
## DISTRICT OF GUAM

| | |
|---|---|
| J. C., ) | Civil Case No. CIV 06-00031 |
| Plaintiff, ) | |
| vs. ) | |
| ) | **NOTICE OF MOTION** |
| GREGORIO SALAS CALVO, in his official ) | |
| capacity as Deputy Director Department of ) | **(ORAL ARGUMENT REQUESTED)** |
| Integrated Services for Individuals with ) | |
| Disabilities (DISID), and ) | |
| ROSANNE S. ADA, in her official capacity ) | |
| as Director of DISID, ) | |
| Defendants. ) | |

**TO: PLAINTIFF, J. C., *PRO SE***

**NOTICE IS HEREBY GIVEN** that on the 4th day of December, 2006, 2006, at the hour of 10:30 a.m., or as soon thereafter as the matter can be heard at the United States District Court, District of Guam, 520 West Soledad Avenue, Hagåtña, Guam 96910, Defendants will move the Court for an Order, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, to dismiss the complaint filed herein.

/ / / /

The Motion will be based upon this Notice of Motion, the Motion and Memorandum of Points and Authorities filed herewith, and the papers, records, and files in this action, and upon such oral and documentary evidence and argument as may be presented prior to or at the hearing of the Motion.

Dated this 31st day of October, 2006

OFFICE OF THE ATTORNEY GENERAL
DOUGLAS B. MOYLAN, Attorney General

By: _____
PHILIP D. ISAAC
Assistant Attorney General
Attorneys for Defendants



RECEIVED
OCT 31 2006
DISTRICT COURT OF GUAM
HAGATNA, GUAM