

Office of the Attorney General
**Douglas B. Moylan**
Attorney General of Guam
Solicitors Division
Guam Judicial Center, Suite 2-200E
287 West O'Brien Drive
Hagåtña, Guam 96910 • USA
(671) 475-3324 • (671) 477-3390 (Fax)
www.guamattorneygeneral.com • guamattorneygeneral@hotmail.com

**Attorneys for the People of Guam (Government of Guam)**

FILED
DISTRICT COURT OF GUAM
NOV 22 2006
MARY L.M. MORAN
CLERK OF COURT

# UNITED STATES DISTRICT COURT
## DISTRICT OF GUAM

| | |
|---|---|
| J.C.,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>GREGORIO SALAS CALVO, in his official capacity as Deputy Director Department of Integrated Services for Individuals with Disabilities (DISID), and<br>ROSANNE S. ADA, in her official capacity as Director of DISID,<br><br>　　　　Defendants | Civil Case No. CIV06-00031<br><br>**CERTIFICATE OF SERVICE** |

　　　　**I, FRANCISCO M. SANTOS,** hereby certifies that a true and correct copy of the following:

**1) NOTICE OF MOTION (ORAL ARGUMENT REQUESTED)**

\\\\

---
Page 1
*Certificate of Service*
Civil Case No. CIV06-00031

Was caused to be served via Hand Delivery on the 8th day of November, 2006, to the following:

| NAME | WHERE SERVED | DATE/TIME |
|------|--------------|-----------|
| J.C. | Guam Community College<br>Administration of Student Support Services Bldg, Parking Lot<br>1 Sesame Street, Mangilao Guam 96921 | 11/08/06: at 10:00 a.m. |
| DISID | 7TH Floor PND Bldg.<br>Hagåtña, GU | 11/08/06: at 4:10 pm. |

Dated this 22nd day of November, 2006.

_____
FRANCISCO M. SANTOS