

Office of the Attorney General
Douglas B. Moylan
Attorney General of Guam
Solicitors Division
287 West O'Brien Drive
Hagåtña, Guam 96910 • USA
(671) 475-3324 • (671) 472-2493 (Fax)
www.guamattorneygeneral.com • guamattorneygeneral@hotmail.com

Attorneys for the People of Guam (Government of Guam)



FILED
DISTRICT COURT OF GUAM

NOV 27 2006 

MARY L.M. MORAN
CLERK OF COURT

# UNITED STATES DISTRICT COURT
## DISTRICT OF GUAM

| | |
|---|---|
| J.C., <br><br> Plaintiff, <br><br> vs. <br><br> GREGORIO SALAS CALVO, in his official capacity as Deputy Director Department of Integrated Services for Individuals with Disabilities (DISID), and ROSANNE S. ADA, in her official capacity as Director of DISID, <br><br> Defendants. | Civil Case No. CIV 06-00031 <br><br><br> **DEFENDANTS' REPLY TO PLAINTIFF'S OPPOSITION TO MOTION TO DISMISS** |

Defendants, by counsel, reply as follows to Plaintiff's Opposition to Defendants' motion to dismiss.

As noted in Defendants' motion to dismiss filed October 31, 2006, p. 4, by his complaint, plaintiff stated no claim whatsoever with respect to his Individualized Plan for Employment (I.P.E.).

The gist of Plaintiff's complaint is that on or about May, 2006, Plaintiff was seeking services from the Defendant(s) agency thru an Individualized Budgeting Plan (I.B.P.) and was discriminated against on the basis of his disability status. Complaint, ¶5. Plaintiff alleges the I.B.P. is a locally funded program and, in his case, what was to be included, or provided, was

housing, furnishing, and other needs also to include some funding for his home-based business to "kick in".

By his Opposition filed November 9, 2006, Plaintiff, as in his Complaint, acknowledges he currently is enrolled at the Guam Community College as provided for by his I.P.E. as approved by the DISID Division of Vocational Rehabilitation (DVR). He further acknowledges that what was approved (or provided) was his tuition, books and supplies, lab fees, and a loaner laptop computer from DVR. Opp. Memo, 3rd sheet.

In other words, consistent with his I.P.E., plaintiff has received everything reasonably necessary to accomplish the goal of his current I.P.E., i.e., attendance during this Fall semester at Guam Community College (G.C.C.).

What this case illustrates, if anything, is a possible failure in communications in having plaintiff understand that the type and extent of further assistance to him by DISID, including DVR, is a matter to be determined upon review after Plaintiff's completion of the semester at G.C.C.

Accordingly, Plaintiff's complaint ought be dismissed for failure to state a claim upon which relief can be granted.

Dated: This 27th day of November, 2006.

OFFICE OF THE ATTORNEY GENERAL
DOUGLAS B. MOYLAN, Attorney General

By: _____
**PHILIP D. ISAAC**
Assistant Attorney General
Attorneys for Defendants

Page 2
Defendants' Reply To Plaintiff's Opposition To Motion To Dismiss
District Court Civil Case No. CIV06-00031

Case 1:06-cv-00031   Document 15   Filed 11/27/2006   Page 2 of 2