Office of the Attorney General
**Douglas B. Moylan**
Attorney General of Guam
Solicitors Division
Guam Judicial Center, Suite 2-200E
287 West O'Brien Drive
Hagåtña, Guam 96910 • USA
(671) 475-3324 • (671) 477-3390 (Fax)
www.guamattorneygeneral.com • guamattorneygeneral@hotmail.com

Attorneys for the People of Guam (Government of Guam)

FILED
DISTRICT COURT OF GUAM
NOV 29 2006
MARY L.M. MORAN
CLERK OF COURT

# UNITED STATES DISTRICT COURT
# DISTRICT OF GUAM

| | |
|---|---|
| J.C.<br><br>Plaintiff,<br><br>v.<br><br>GREGORIO SALAS CALVO, in his official capacity as Deputy Director Department of Integrated Services for Individuals with Disabilities (DISID), and<br>ROSANNE S. ADA, in her official capacity as Director of DISID,<br><br>Defendants | Civil Case No. CIV06-00031<br><br><br><br><br>**CERTIFICATE OF SERVICE** |

I, **FRANCISCO M. SANTOS,** hereby certifies that a true and correct copy of the following:

1) **DEFENDANTS' REPLY TO PLAINTIFF'S OPPOSITION TO MOTION TO DISMISS**

\ \ \ \

Was caused to be served via Hand Delivery on the _____ day of November, 2006, to the following:

| NAME | WHERE SERVED | DATE/TIME |
|---|---|---|
| *[signature]* A.G. | GCC Mangilao, Guam / Office Students Support Services | 11/27/06: at 3p |
| *[signature]* for *[initials]* DISID | 7TH Floor PND Bldg. Hagåtña, GU | 11/27/06: at 2:23 |

Dated this 27th day of November, 2006.

_____
FRANCISCO M. SANTOS