AO 240A (Rev. 12/03)

# UNITED STATES DISTRICT COURT

In the **District Court of** GUAM

JACOB CRUZ

    Plaintiff

V.

GREGORIO SALAS CALVO, etc., *et al.*,

    Defendants.

**ORDER ON APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES**

CIVIL CASE NUMBER: 06-00031

Having considered the application to proceed without prepayment of fees under 28 USC §1915;

IT IS ORDERED that the application is:

X   GRANTED.

    X   The clerk is directed to file the complaint.

    ☐   IT IS FURTHER ORDERED that the clerk issue summons and the United States marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

☐   DENIED, for the following reasons:

ENTERED this   30th   day of   November 2006, *nunc pro tunc* to October 12, 2006.



**/s/ Joaquin V.E. Manibusan, Jr.**
**U.S. Magistrate Judge**