

DISTRICT COURT OF GUAM
TERRITORY OF GUAM
CIVIL MINUTES - GENERAL

**FILED**
DISTRICT COURT OF GUAM
DEC -4 2006
MARY L.M. MORAN
CLERK OF COURT

CASE NO. CV-06-00031                    DATE: December 4, 2006

CAPTION: <u>JACOB CRUZ</u> -vs- <u>GREGORIO SALAS CALVO, et al</u>

***

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding
Courtroom Recorder and Courtroom Deputy: Leilani Toves Hernandez          Law Clerk: Jennifer Moton
CSO: J. Lizama / B. Pereda
Hearing Electronically Recorded: 10:31:56 - 11:19:20

*********************** APPEARANCES ***********************

COUNSEL FOR PLAINTIFF(s):                    COUNSEL FOR DEFENDANT(s):

JACOB CRUZ - PRO SE                          PHILLIP ISAAC

***

PROCEEDINGS:          MOTION TO DISMISS

( X ) MOTION (S) ARGUED BY    ( ) PLAINTIFF    ( X ) DEFENDANT

( X ) MOTION(s)  ____Granted  ____Denied  ____Settled  ____Withdrawn  _X_ Under Advisement

( ) ORDER SUBMITTED  ____Approved  ____Disapproved

( X ) ORDER to be Prepared By: <u>Court</u>

( ) PROCEEDINGS CONTINUED TO: _____ at _____

NOTES:

<u>Motion argued by defense; rebuttal argument by plaintiff.</u>

<u>Defense advised the Court that there are issues regarding service of documents to and from the plaintiff. Plaintiff was instructed to place a copy of the documents in defendant's court box located in the Clerk's Office and notify defense counsel via telephone. In addition, Ms. Moton would contact defense when documents are filed by the plaintiff. Defense was instructed to serve any documents upon plaintiff at his residence.</u>