

**FILED**
DISTRICT COURT OF GUAM
DEC 28 2006
MARY L.M. MORAN
CLERK OF COURT

# DISTRICT COURT OF GUAM
## TERRITORY OF GUAM

JACOB CRUZ,

    Plaintiff,

vs.

GREGORIO SALAS CALVO, *et. al.*,

    Defendants.

Civil Case No. 06-00031

**ORDER**

The court, having previously entered an order granting Plaintiff Jacob Cruz ("Plaintiff") leave to amend his complaint in the above-captioned matter, finds that the deadlines and court dates currently in effect by virtue of its Scheduling Notice of November 30, 2006 are moot. *See* Docket No. 17. Accordingly, said dates are hereby vacated. The court will issue a new notice upon the filing and service of Plaintiff's amended complaint, should one be filed.

**SO ORDERED** this 28th day of December, 2006.

FRANCES TYDINGCO-GATEWOOD
CHIEF DISTRICT JUDGE