Jacob Cruz Pro Se,
UOG IYA-HAMI HALL
ROOM 109
Kahon: 5320 UOG STATION
MANGILAO GUAM 96923
671-787-7576 0600.a.m.- 0800.a.m (Friday's Only)
E-Mail: jcruzgcc2006@yahoo.com

FILED
DISTRICT COURT OF GUAM
FEB 16 2007
MARY L.M. MORAN
CLERK OF COURT

RECEIVED
FEB 16 2007
DISTRICT COURT OF GUAM
HAGATNA, GUAM

FILED
DISTRICT COURT OF GUAM
STAMPED IN ERROR
FEB 16 2007
MARY L.M. MORAN
CLERK OF COURT

February 16th, 2007

To: Honorable
Frances Tydingco-Gatewood
Chief Judge
United States District Court Of Guam

Cc: Alicia Garrido Limtiaco
Attorney General of Guam
Justice Bldg Hagatna Guam

Subject: Amended Compliant.

Hafa Adai Chief Judge Gatewood,
Attached Is A Copy Of The Amended Compliant As Ordered By The Courts.
I would like To Say That since This Case Started it has Cause Me Emotional and Mental Trauma. I Ask That The Courts Rule In My Favor. Judge Gatewood, This Is Not About" Jacob Cruz"; This Compliant Is About The Laws Of The Land. And My Individual Right. The Department of Integrated Services for Individuals with Disabilities (DISID), DIVISION OF SUPPORT SERVICES
Have Been Playing Games. And Those Games That Are Being Played Must Stop.
I am Further Requesting That the United States District Court To Consider Holding the Proceedings on Friday's. Due to the Fact That Monday's Thru Thursday's I Am in School from 0800.a.m.-6.p.m. My Schedule does not permit me to take Off From School. Likewise I Am Humbly asking The United State District Court Of Guam To Allow The MEDIA and All Press Whether it be Electronic, Printed, Or Televised. To Cover This Story In The U.S. DISTRICT COURT OF GUAM. So That Other Individuals Whom May Have Experienced The Same Problem With DISID MANAGEMENT, And The Division Of Support Services,

ORIGINAL

MAY COME FORWARD. Again This Case Is Not Only About Jacob Cruz an individual With Disability But The Entire Community On Guam Whom are Individuals With Disabilities. It Is Needless To Know That Plaintiff Jacob Cruz's Case With The Division of Vocational Rehabilitation, and Guma' Mami Was The Only Case To Be AUDITED BECAUSE PLAINTIFF HAD SOME CONCERNS WITH DISIDS INDIVIDUALIZED BUDGETING PROGRAM(IBP). Furthermore Your Honor, I BELIEVE EVERY COMMON MAN, WOMAN, AND CHILD, INCLUDING GOVERNMENT OFFICAILS ARE NOT ABOVE THE LAW, AND THEY NEED TO START FOLLOWING THE LETTER OF THE LAW. NO ONE IS ABOVE THE LAW...

Kindly E-Mail Me Any Further Question's you May Have...

Saina Ma'ase

Jacob Cruz
Pro Se,

*THE LAW IS THE LAW, NO ONE IS ABOVE THE LAW***

LIVE UP TO The Spirit Of The LAW...

When Human Beings Endure Pain or Suffering, We Must Step Forward and Take Sides, We Must assist Immediately, at times We May Fail, at times We May Make Mistakes, But We Must Never Make The Same Mistakes Of Failing To Try. PEOPLE DESERVE NOTHING LESS...

FOR GENERATIONS WILL COME AND GENERATIONS WILL PAST BUT IF NO GENERATION HAS THE CONSCIENCE AND THE CONVICTION OF WRITING THE WRONG DOINGS OF THE PAST THEN THE NEXT GENERATION WILL HAVE TO LIVE WITH THE SAME INJUSTICES IN THE FUTURE...