

Office of the Attorney General
Alicia G. Limtiaco
Attorney General of Guam
Civil Division
287 West O'Brien Drive
Hagåtña, Guam 96910 • USA
(671) 475-3324 • (671) 472-2493 (Fax)
www.guamattorneygeneral.com • law@mail.justice.gov.gu

Attorneys for the Government of Guam

**FILED**
DISTRICT COURT OF GUAM
MAR - 1 2007
MARY L.M. MORAN
CLERK OF COURT

# UNITED STATES DISTRICT COURT
# DISTRICT OF GUAM

| | |
|---|---|
| J.C., <br><br> Plaintiff, <br><br> vs. <br><br> GREGORIO SALAS CALVO, in his official capacity as Deputy Director, Department of Integrated Services for individuals with Disabilities (DISID), ROSANNE S. ADA, in her official capacity as Director of DISID, HELENA ANA G. KUBO, in her official capacity as Administrator, DISID Division of Support Services, and ROSEMARIE GENESE, in her official capacity as Social Worker II, DISID Division of Support Services, <br><br> Defendants. | Civil Case No. CV06-00031 <br><br> **DECLARATION OF SERVICE** |

**I, FRANCISCO M. SANTOS**, declare:

I am an employee of the Attorney General's Office, over the age of eighteen, and not

---

Page 1
*Declaration of Service*
District Court Civil Case No. CIV06-00031

a party in interest in the above-entitled case. I served a copy of the **ANSWER TO AMENDED COMPLAINT** by delivering to:

| NAME | WHERE SERVED | DATE & TIME |
|---|---|---|
| J.C. | Guam Community College | 2/26/07 – 2:35 pm |
| J.C. | UOG Dormitory-Hami Hall, Maniglao | 2/26/07 – 5:15 pm |
| Gregorio Salas Calvo | Linda Cabe at DISID | 2/26/07 – 2:25 pm |
| Rosanne S. Ada | Linda Cabe at DISID | 2/26/07 – 2:25 pm |
| Helena Ana G. Kubo | B. Crisostomo at DISID | 2/26/07 – 2:20 PM |
| Rosemarie Genese | PDN Bldg., 7th Flr. | 2/26/07 – 2:15 pm |

I declare under penalty of perjury that the foregoing is true and correct.

Dated this 1st day of March, 2007.

FRANCISCO M. SANTOS
Process Officer

Page 2
*Declaration of Service*
District Court Civil Case No. CIV06-00031