Jacob Cruz Pro Se,
Kahon: 5320 UOG STATION
MANGILAO GUAM 96923
E-MAIL: jcruzgcc2006@yahoo.com

05th, March 2007

FILED
DISTRICT COURT OF GUAM
MAR - 5 2007
MARY L.M. MORAN
CLERK OF COURT

To: The Honorable
Frances Tydingco-Gatewood
Chief Judge
United States District Court of Guam

Cc: Alicia Garrido Limtiaco
Attorney- General of Guam

Subject: Civil Case 06-00031

Hafa Adai Your Honor,

This Letter Is In Reference To Civil Case 06-00031, and the Answer to
Amended Compliant Which Was Filed on February 16, 2007 Cruz Vs. Calvo
et., al, I would like to humbly request the court to place a " HOLD" on the
Above Case. I am currently in Contact with Washington D.C. Officials
Respectfully the White House (OVAL OFFICE), United States Health and
Human Services Department, United States Department Of Justice To Name A
Few. This Island And its Leaders Do Not Care About Individuals With
Disabilities. If You May Re-call In All My Complaints that I have Filed With
The United States District Court of Guam, Since October 0f 2006. I Fill That I
Have Provided Sufficient Enough Evidence To Prove That I Was Promised,
Committed, Lied, and Even Been A Victim Of Discrimination By The
Department of Integrated Services For Individuals With Disabilities also
Known As (DISID), and I Have Been Intimidated By The DISID Division Of
Support Services By Intrusion And Invading My Privacy Under The Fourth
Amendment Right. This Is An On Going Situation With DISID
MANAGEMENT, WHOM STILL BELIEVE THAT Currently They Are Still In
Power. As I Stated Previously in My Plea To The United States District Court
of Guam, Which The Government Of Guam and The Community On Guam
Have Singled Out Individuals With Disabilities. This Case Is Quite Evident
That Guam Does Not Treat Individuals With Disabilities With Dignity,

Respect, and Understanding there point of View. The Government of Guam, and the Community as a Whole, has consistently Made It Difficult For Individuals with Disabilities to Succeed in There Endeavors. If You Read The Answer To The Amended Compliant 06-00031, The Attorney(s) for The Defendant(s) Philip Isaac Ask The Plaintiff To DISMISS THE CASE, And at the Same Time Suggest That I Walk Away With Nothing In My Hand. I Have a Message to the Defendant(s) And There Attorneys, as well as the United States District Court Of Guam. That Since The Defendant(s) Do Not Want To Admit There Mistakes And Step up To The Plate Then I Have No Recourse But To Contact The Federal Government. I Highly Suggest That This Court, get With The Defendant(S) and There Attorneys To Accept My Final Offer Or Else Bear With The Relief I Am Seeking In My Amended Compliant. As I Also Previously Pointed Out That THIS CASE IS NOT ABOUT JACOB CRUZ Alone. THIS CASE IS ABOUT JACOB CRUZ AND THE MANY OTHER INDIVIDUALS WITH DISABILITIES THAT Have been Promised/Committed/Lied/Invaded Privacy By The DISID MANAGEMENT ROSANNE S. ADA DISID DIRECTOR, Gregorio Salas Calvo, DISID Deputy Director, Helena Ana G. KUBO DIVIDION OF SUPPORT SERVICES ADMINISTRATOR/ ROSEMARIE GENESE DIV of Support Services SOCIAL WORKER II/ THIS CIVIL CASE 06-00031 Shouldn't ha ve Went This Far. However there has been An On Going battle At DISID. To Date They Still Can Not And Will Not Release The Can of Worms As To Why MIMI HERNANDEZ R.N. WAS FIRED, WHY? Jesus Cantor Torres Resigned As DISID Deputy Director? Why? And Why Only A Select Few Individuals With Disabilities Qualified For The Individualized Budgeting Program (IBP): Evelyn Duenas, Claire Duenas, Joseph Tereyama, Doris Cahijal, Victor Tadeo, To name A Few. And Why Was DARREN Guiterrez, and Others Afforded To Attend An Off-Island Institution of Higher Learning. Come On, Your Honor We Can Not Continue To Use The Term DISID MANAGEMENT HAS USED FOR SO LONG THAT THE ABOVE ISSUE IS "A PERSONAL or RATHER A CONFIDENTIAL" IS SUE... The Can Of Worms Is Opening, and the Worms Are Climbing Out of The can.... The Individualized Budgeting Program (IBP) HAS YET TO RELEASE FUNDING TO DATE. Instead of DISID MANAGEMENT WANTING TO KNOW THE PROBLEMS THAT FACES THE INDIVICUALS WITH DISABILITIES, They Sit in There Nice Offices, and wait to Problems Like This To Build Up and Then They Act. THIS ACTION IS A BLATANT INJUSTICE. These games That DISID MANAGEMENT HAVE BEEN PLAYING FOR TOO LONG HAVE TO STOP... STEP UP TO REALITY. And Accept The Actions For Your Mistakes.

Thank You for Your Time and Undivided Attention.

Should You need Additional Information Please Fill Free To E-mail me at: jcruzgcc2006@yahoo.com This Is Really The Best Way I Have Of Communication.

Enclosed For Your Review is My Proposed Solution To Solve Civil- Case : 06-00031

Saina Ma'ase

Put Respectu

JACOB CRUZ PRO SE,

JACOB CRuz's iNDividual Rights HAVE BEEN Violated under The Americans w/ Disabilities Act of 1990, The United States Constitution. & The Rehabilitation Act Law of 1973.

I HAVE STATED My Case AS Clearly As Possible. The Evidence Provided to Court Previously Speaks for its Self.

its Clear That Defendants do not Want to Live up To The Spirit of The Law.

# Solutions to Solve
## Civil Case # 06-00031
### Cruz Vs. Calvo et, al.
**Proposed By: JACOB CRUZ PRO SE,**

◊ DISID DIRECTOR/ Deputy DIRECTOR/ DIVISION of Support Services Administrator/ Division Of Support Services Social Worker II, Step Up To The Plate and Come To The Table And ADMIT THERE MISTAKES.

◊ DISID'S Offices Of The Director and Deputy Director Pay JACOB CRUZ The Sum in the Amount of: Nine Hundred Thousand Dollars($900.000) "TAX-FREE" On Or Before 10.A.M. Tuesday 10th, April 2007. For All The Undue Hardship and Mental Anguish DISID'S DIRECTOR/Deputy Director's Offices Has Caused Said Individual.

◊ DISID'S DIRECTOR/Deputy DIRECTOR AND DIV of Support Services Execute a Letter of Apology To Mr. JACOB CRUZ On Or Before 10.a.m. Tuesday 10th, April 2007.

◊ JACOB CRUZ CAN Not Receive Services From DISID'S DIVISION OF SUPPORT SERVICES FOR NO LONG THAN 5 Years DATING BACK TO October 01, 2006. Until October 01, 2010.

◊ DISID INFORM CLIENTS OF SERVICES AND PROCEDURES ON APPLYING FOR THE INDIVIDUALIZED BUDGETING PROGRAM (IBP), LIKEWISE THEY MUST EDUCATE CLIENTS ABOUT THERE ELIGIBILITY STATUS, SEND OUT NOTICES OF ELIGIBITY STATUS EFFECTIVE IMMEDIATELY...

◊ DISID TO RESTRUCTURE THERE GOALS AND OBJECTIVES IN THE (IBP) PROCESS UNDERSTANDING PUBLIC LAW 24-16. In It's ENTIRELY.

◊ The Individualized Budgeting Program, The Community ADRC PROGRAM, THE Safe Haven Program Be Placed On A Moratorium Until DISID'S DIVISION OF SUPPORT SERVICES CAN EVALUATE PROGRAMS IN IT'S ENTIRELY TO ENSURE THAT THE CORRECT MECHANISM IS IN PLACE SO That FUTURE PROBLEMS LIKE THE ABOVE WILL NOT OCCUR. THE Evaluation Of SAID PROGRAM'S ABOVE Must Include A REPRESENTATIVE FROM SENATOR FRANK BLAS JR. OFFICE. To Offer SUGGESTIONS.

◊ DISID DIRECTOR/ DEPUTY DIRECTOR AND THERE STAFF NEED TO UNDERGO SPECIFIC WORKSHOP'S BY THE DIVISION OF VOCATIONAL REHABILITATION UNDER THE DIRECTION OF MR. ALBERT TAITANO SAN AGUSTIN, VOCATIONAL REHABILITATION, VOCATIONAL REHABILATION SENIOR COUNSELOR MARILYN CHARGUALAF TO UNDERSTAND THE VOCATIONAL REHABILITATION PROCESS AND UNDERSTAND HOW DISID

*COMES DIRECTLY INVOLVED IN THE PROCESS (COMPARABLE SERVICES/SIMILAR BENEFITS).*