From The Desk of:
Jacob Cruz

TO:
The U.S. District Court

Subject: Civil Case 06-00031
Dismissal.

FILED
DISTRICT COURT OF GUAM
MAR -9 2007
MARY L.M. MORAN
CLERK OF COURT

Hafa Adai,
Due to Unforseen Circumstances I would like to Humbly Request That Civil Case # 06-00031 Be Dismissed Without Prejudice.
I would like To Thank This Court for Its Service.

*[signatures]*
09 Mar 07

ORIGINAL

Jacob Cruz PRO SE,
5320 UOG Station
Mangilao Gu. 96928