**FILED**

DISTRICT COURT OF GUAM

MAR 1 2 2007 *nbo*

**MARY L.M. MORAN**
**CLERK OF COURT**

**DISTRICT COURT OF GUAM**
**TERRITORY OF GUAM**

| | |
|---|---|
| JACOB CRUZ, | Civil Case No. 06-00031 |
| Plaintiff, | |
| vs. | **ORDER** |
| GREGORIO SALAS CALVO, *et. al.*, | **RE: DISMISSING CASE** |
| Defendants. | |

On March 9, 2007, the plaintiff appearing pro se filed a letter requesting the Court to dismiss this action. *See* Docket No. 30. In light of the plaintiff's request, the Court hereby grants the plaintiff's request pursuant to FED. R. CIV. P. 41(a)(2). The matter is hereby **DISMISSED WITHOUT PREJUDICE.**[1]

**SO ORDERED** this 12th day of March, 2007.

FRANCES TYDINGCO-GATEWOOD
**CHIEF DISTRICT JUDGE**

---

[1] As this matter is dismissed, all previously filed motions are now moot and will not be considered further.

ORIGINAL