UNITED STATES DISTRICT COURT

DISTRICT OF GUAM

| | |
|---|---|
| JACOB CRUZ,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>GREGORIO SALAS CALVO, etc., et al.,<br><br>　　　　Defendants. | CIVIL CASE NO. 06-00031<br><br>**J U D G M E N T** |

　　　Judgment is hereby entered in accordance with the Order re Dismissing Case filed on March 12, 2007.

　　　Dated this 12th day of March, 2007, Hagatna, Guam.

　　　　　　　　　　　　　　　　　　　　　　　MARY L. M. MORAN
　　　　　　　　　　　　　　　　　　　　　　　Clerk of Court


　　　　　　　　　　　　　　　　　　　　By: /s/ Renee M. Martinez
　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk