1

2

3

4

5

6

7

8

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

9 | JACOB CRUZ,                                                    CIVIL CASE NO. 06-00031

10 |         Plaintiff,

11 |     vs.                                                       **NOTICE OF ENTRY**

12 | GREGORIO SALAS CALVO, etc., et al.,

13 |         Defendants.

14

15

16

Notice is hereby given that on the date indicated below this court entered on the docket of

the above-entitled case the following:

17

18

**Clerk's Judgment filed March 12, 2007**
**Date of Entry: March 12, 2007**

19 | The original judgment is on file at the Clerk's Office of this Court.  The document may viewed at

20 | the Clerk's Office and is available for viewing on the Internet by using PACER for a fee.

21 | Information on the PACER system can be found on the court's web page: www.gud.uscourts.gov.

22 |         Dated this 12th day of March, 2007.

23

24 |                                                   MARY L.M. MORAN
                                                     Clerk, District Court of Guam

25

26 |                                                   By: /s/ Renee M. Martinez
                                                        Deputy Clerk

27

28